AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

ALLEN ROBINSON

V.

WAYNE FRANO, VINCENT CELIO, CARL BRASIC, TIMOTHY MCDERMOTT, JOHN FOLINO, JR., PATRICK CONROY, DAVID ZELIG, PETER BABICH, and the CITY OF CHICAGO

CASE NUMBER: 1:23-cv-02724

ASSIGNED JUDGE: Hon. Martha M. Pacold

DESIGNATED MAGISTRATE JUDGE: Hon. Heather K. McShain

TO: (Name and address of Defendant)

the CITY OF CHICAGO
121 N. LaSalle, Room 107, Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Annie Prossnitz, Loevy & Loevy
311 N. Aberdeen, 3rd Fl., Chicago IL 60607

an answer to the complaint which is herewith served upon you, 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

Sarah Bouchard

(By) DEPUTY CLERK

May 5, 2023

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5/18/23 |
| NAME OF SERVER *(PRINT)* Oscar Gomez | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 121 N. Lasalle Rm. 107

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| Ø | Ø | Ø |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/18/23
Date

[signature] Oscar Gomez
*Signature of Server*

4421 W. Fullerton, Chicago IL 60639
*Address of Server*

RECEIVED
2023 MAY 18 PM 12:27
OFFICE OF THE CITY CLERK

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.