IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| ALLEN ROBINSON, | ) | |
|---|---|---|
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No.: 23CV2724 |
| | ) | |
| | ) | |
| WAYNE FRANO, et al., | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF FILING

To: Attorneys of Record

YOU ARE HEREBY NOTIFIED that on June 26, 2023, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, Defendant Officer David Zelig's Motion for Extension of Time to File Responsive Pleading, a copy of which is attached hereto.

                                              /s/ Borkan & Scahill, Ltd.
                                              BORKAN & SCAHILL, LTD.

Steven B. Borkan (6193463)
Timothy P. Scahill (6287296)
BORKAN & SCAHILL, LTD.
Two First National Plaza
20 South Clark Street, Suite 1700
Chicago, Illinois 60603
(312) 580-1030

I certify that I served this Notice by electronically mailing a copy to each person to whom it is directed at the address above indicated by using the CM/ECF system on June 26, 2023.

                                              /s/ Misha Itchhaporia
                                                Misha Itchhaporia
                                                Special Assistant Corporation Counsel