IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALLEN ROBINSON ) | |
| ) | No. 1:23-cv-02724 |
| *Plaintiff,* ) | |
| ) | |
| *v.* ) | |
| ) | |
| WAYNE FRANO, VINCENT CELIO, CARL ) | |
| BRASIC, TIMOTHY MCDERMOTT, JOHN ) | |
| FOLINO, JR., PATRICK CONROY, DAVID ) | |
| ZELIG, PETER BABICH, and the CITY OF ) | |
| CHICAGO ) | |
| ) | |
| *Defendants.* ) | **JURY TRIAL DEMANDED** |
| ) | |

## MOTION FOR LEAVE TO WITHDRAW

NOW COMES Plaintiff, Allen Robinson, by and through his undersigned attorneys, and pursuant to Local Rule 83.17 seeks leave of Court to withdraw attorney Danielle Hamilton as counsel for Plaintiff. In support thereof, Plaintiff states as follows:

1. Ms. Hamilton's employment with Loevy & Loevy, the firm representing Plaintiff has ended.

2. Plaintiff continues to be represented by the following attorneys: Jon Loevy, Scott Rauscher and Annie Prossnitz from Loevy & Loevy.

3. Due to the continuity of the attorneys from Loevy & Loevy representing the Plaintiff, no party will be prejudiced if Ms. Hamilton is permitted to withdraw her appearance.

WHEREFORE, Plaintiff respectfully requests the Court enter an order permitting Danielle Hamilton to withdraw her appearance as counsel in this matter.

1

Respectfully submitted,

ALLEN ROBINSON

By: /s/ Annie Prossnitz
*One of Plaintiff's Attorneys*

Jon Loevy
Scott Rauscher
Annie Prossnitz
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900
prossnitz@loevy.com

2

## **CERTIFICATE OF SERVICE**

    I, Annie Prossnitz, an attorney, certify that on August 29, 2023, I filed the foregoing pleading using the Court's CM/ECF system, which effected service on all counsel of record.

                                                 /s/ Annie Prossnitz
                                                 *One of Plaintiff's Attorneys*