IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALLEN ROBINSON, | ) | |
| | ) | Case No. 23 C 02724 |
| *Plaintiff*, | ) | |
| | ) | Hon. Judge Martha M. Pacold |
| v. | ) | District Judge |
| | ) | |
| WAYNE FRANO, *et al.*, | ) | Mag. Judge Heather K. McShain |
| | ) | |
| *Defendants*. | ) | |
| | ) | **JURY TRIAL DEMANDED** |

**JOINT STATUS REPORT**

Pursuant to this Court's Order (Dkt. 60), the parties submit the following joint status report:

**Progress of Discovery**

1. Since the parties' last status report in this case, the parties have begun written discovery, including exchanging their 26(a)(1) disclosures and initial written discovery requests.

**Amended Pleadings**

2. Plaintiff does not intend to file an amended complaint at this time.

3. Defendants' motion to dismiss Count VIII is fully briefed and currently pending before this Court.

**Settlement**

4. There are no current settlement discussions in this case.

1

Dated: November 27, 2023

RESPECTFULLY SUBMITTED,

/s/ Annie Prossnitz
*Counsel for Plaintiff*

Jon Loevy
Scott Rauscher
Annie Prossnitz
LOEVY & LOEVY
311 N. Aberdeen
Chicago, Illinois 60607
(312) 243-5900
prossnitz@loevy.com


/s/ Misha Itchhaporia
*Special Assistant Corporation Counsel*

Steven B. Borkan
Timothy P. Scahill
Misha Itchhaporia
Emily E. Schnidt
Borkan & Scahill, Ltd.
20 S. Clark St., Suite 1700
Chicago, IL 60603
(312) 580-1030
*Counsel for Defendants Frano, Celio, Brasic,
McDermott, Folino, Conroy, Zelig & Babich*

/s/ Paul A. Michalik
Terrence M. Burns
Paul A. Michalik
Daniel M. Noland
Elizabeth A. Ekl
Katherine C. Morrison
Daniel J. Burns
Dhaviella N. Harris
Reiter Burns LLP
311 S. Wacker Dr., Suite 5200
Chicago, IL 60606
*Attorneys for Defendant City of Chicago*

## CERTIFICATE OF SERVICE

I, Annie Prossnitz, an attorney, certify that on November 27, 2023, I filed the foregoing INITIAL STATUS REPORT using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Annie Prossnitz
*One of Plaintiff's Attorneys*