# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Allen Robinson

                      Plaintiff,

v.                                                Case No.: 1:23−cv−02724

                                                          Honorable Martha M. Pacold

Wayne Frano, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 1, 2024:

      MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the parties' joint status report [68], which reports on the parties' progress with written discovery. Plaintiff reports that he does not currently expect to file an amended complaint. Further joint status report on the same topics as the instant report due on 05/31/2024. The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) if they would like the Court's assistance with settlement. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.