Annie Prossnitz <prossnitz@loevy.com>

## Robinson: Subpoena Response

**Annie Prossnitz** <prossnitz@loevy.com>  Fri, Oct 18, 2024 at 9:07 PM
To: Andrea Checkai <ACheckai@borkanscahill.com>, Elena Favela <Elena@borkanscahill.com>, Daniel Burns <dburns@burnsnoland.com>, "Daniel M. Noland" <dnoland@burnsnoland.com>, Dhaviella Harris <dharris@burnsnoland.com>, Drew wycoff <DWycoff@borkanscahill.com>, Elizabeth Ekl <eekl@burnsnoland.com>, "Katherine C. Morrison" <kmorrison@burnsnoland.com>, "Paul A. Michalik" <pmichalik@burnsnoland.com>, "Terrence M. Burns" <tburns@burnsnoland.com>, Maria Avitia <mavitia@burnsnoland.com>, Daniel Neville <dneville@burnsnoland.com>, Heather Barhorst <hbarhorst@burnsnoland.com>, Emily Schnidt <eschnidt@borkanscahill.com>, Leah Finley <leah@borkanscahill.com>, Kellie Voss <Kellie@kmlltdlaw.com>, Misha Itchhaporia <MItchhaporia@borkanscahill.com>
Cc: Lily Dunkin <dunkin@loevy.com>, Jon Loevy <jon@loevy.com>, Scott Rauscher <scott@loevy.com>, Valerie Barajas <valerie@loevy.com>

Counsel,

Please find a Hightail link below with the documents responsive to Defendants' subpoena to Blegen & Garvey. Attached is the accompanying privilege log.

https://spaces.hightail.com/space/pDoyWW72nj

In addition to these documents, Plaintiff's post-conviction attorneys produced 901 prison phone call recordings. We would like to have a discussion regarding these recordings within the context of Defendant's request for prison phone calls writ large, given the burden of reviewing these calls, the implication of attorney-client privilege, and Plaintiff's position that they are disproportionate to the needs of the case. Please let us know your availability to discuss.

Thank you,
Annie

--

**Annie Prossnitz** (she/her/hers)

LOEVY + LOEVY

Direct: (708) 203-0997

311 N Aberdeen St, Chicago, IL 60607

prossnitz@loevy.com

**www.loevy.com**

📎 **Robinson v. Frano Privilege Log [Subpoena to Blegen & Garvey].pdf**
438K