**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CRIMINAL DIVISION**

| | |
|---|---|
| ALLEN ROBINSON, ) | |
| ) | |
| *Petitioner*, ) | |
| ) | |
| v. ) | No. 09 CR 6422 |
| ) | |
| STATE OF ILLINOIS, ) | |
| ) | Hon. Mary M. Brosnahan, |
| *Respondent.* ) | presiding. |
| ) | |

# EXHIBIT M

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF JOHNSON )

## AFFIDAVIT

1. Affiant is Oscar Russell, who testified for the state at the trial of Allen Robinson.

2. With respect to his statement in early March 2009, and his grand jury testimony in late March 2009, Affiant states that he was forced to make the statements against Mr. Robinson.

3. In early March 2009, Affiant was taken into custody by officers of the Chicago Police Department, and brought to the police station at Madison and Menard, in Chicago. Affiant was informed by the officers that if he did not testify against Mr. Robinson in the shooting of Mr. Hanford, Affiant would be charged with possession of heroin. Affiant signed the statement that was written by the State's Attorney because he already had four prior felony drug convictions and was afraid he would be charged with another drug case if he refused. Affiant also signed a photo array at this time identifying Mr. Robinson. Affiant attests that he did not date the photo array, he merely signed it.

4. Indeed, once Affiant agreed to state that Mr. Robinson was the individual who shot Mr. Hanford, Affiant was released with no charges.

5. Less than one month later, in late March 2009, Affiant was brought to the grand jury to testify against Mr. Robinson. Affiant was again informed by the police officers that if he did not testify consistent with the statement he had signed, the drug charges could still be brought against him, and he would go to prison for a long time based on his background.

6. At the time of Mr. Robinson's trial, Affiant was incarcerated in the Illinois Department of Corrections for aggravated DUI. When Affiant was brought to court, he informed the officers that he did not want to testify. Affiant was told that if he did not testify consistent

**EXHIBIT**

**NO. K**

with his prior statement and grand jury testimony, his current sentence could be extended or the drug charges that had not been brought previously could be brought back up. Affiant was not given an opportunity to speak with an attorney about these threats, and so he testified against Mr. Robinson.

7. Contrary to Affiant's testimony at the trial of Mr. Robinson, as well as the purported statement by him given in early March 2009 and his grand jury testimony, Affiant states that he was not present for and did not witness the shooting of Christopher Hanford.

8. Rather, it is Affiant's recollection that around the time of the shooting, in December 2008, he had taken a break from selling narcotics because of several run ins with the authorities. Thus, he was not on the street during the time of the shooting.

9. Affiant did not see Lamarius Robinson with a handgun on December 3, 2008, nor did he see Mr. Robinson grab a gun from Lamarius and shoot Mr. Hanford. None of the events to which Affiant testified having seen were actually witnessed by Affiant. Affiant was given the information by the police officers who arrested him.

10. Affiant has come forward now to set the record straight because he lied in his testimony and he wants to fix the mistake he made.

*Oscar Russell*
OSCAR RUSSELL
*Oscar Russell*
June 16, 2014

Subscribed and sworn to before me this 16th day of June, 2014

*Karin Joy Pannier*
Notary Public
My Commission Expires 11/14/17

OFFICIAL SEAL
KARIN JOY PANNIER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/14/17

2