FILED DATE: 10/14/2022 1:16 PM   09CR0642201

STATE OF ILLINOIS   )
                              ) SS
COUNTY OF COOK  )

## AFFIDAVIT

1. Affiant is Quinton Martell Davis. Affiant has known both Allen Robinson and Lamarius Robinson for approximately 20 years, and he is a close acquaintance of both.

2. On December 3, 2008, after approximately 9:15 p.m., Affiant received a phone call from Lamarius Robinson. Lamarius asked Affiant to pick him up at a gas station at Madison and Cicero.

3. Affiant went to the gas station with his girlfriend and picked up Lamarius. Affiant then took Lamraius to Affiant's grandmother's house at 1517 South Central Park, in Chicago.

4. On the way to Affiant's grandmother's house, Lamarius told Affiant that he had just shot "13." Lamarius showed Affiant a chrome and black .45 handgun that Lamarius said was the murder weapon. Lamarius told Affiant that he was on Lawler Street when he saw "13" coming out of a house. Lamarius told Affiant that he ran up on "13" and shot him several times. Affiant's girlfriend was present for this conversation.

5. Lamarius told Affiant that after the shooting, he called Jenee Moreland to pick him up, and then he called Affiant to meet him at the gas station.

6. After Lamarius told Affiant what he had done, Affiant called Allen Robinson, and told him to come to Affiant's grandmother's house. Affiant is aware that at the time of the shooting, Allen had been picking his mother up from work at Madison and Halsted. Affiant was present when Lamarius told Allen about the shooting.

7. After the shooting death of "13", Lamarius stayed close to Affiant in Lamarius's for two to three months. Lamarius had a very difficult time dealing with the fact that he had

EXHIBIT NO. C

Robinson 001190

killed someone and was afraid to be alone. Affiant is aware that Lamarius started using more drugs to cope with the guilt of having killed someone.

8. Since Allen's arrest, Lamarius sent Affiant a letter where in Lamarius expressed his desire to make amends with Allen for putting the murder of "13" on Allen. A copy of the letter is attached.

9. Based on Affiant's 20-year friendship with Lamarius, Affiant is very familiar with Lamarius's handwriting and could identify it from letters that were written to him and others.

10. Affiant told Allen that he would testify on Allen's behalf at Allen's trial to the matters contained in this affidavit. Affiant was never contacted or interviewed by an attorney or investigator on Allen's behalf, however, and was thus never called to testify in Allen's defense.

FILED DATE: 10/14/2022 1:16 PM 09CR0642201

Robinson 001191

FILED DATE: 10/14/2022 1:16 PM  09CR0642201

_QuintonDavis_
QUINTON MARTELL DAVIS

Subscribed and sworn to
before me this 12th day of
June, 2014

_Matthew Amarin_
Notary Public
My Commission Expires 1/2/17

Official Seal
Matthew Amarin
Notary Public, State of Illinois
My commission expires January 2, 2017

Robinson 001192