UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Allen Robinson
                    Plaintiff,
v.                                               Case No.: 1:23−cv−02724
                                                 Honorable Martha M. Pacold
Wayne Frano, et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 13, 2025:

    MINUTE entry before the Honorable Heather K. McShain: Telephonic hearing on defendants' motion to compel production of withheld recorded phone calls [101] and plaintiff's cross−motion for protective order [109] held on 03/13/2025. For the reasons stated on the record, defendants' motion is granted and plaintiff's motion is denied. The joint status report date of 03/31/2025 [106] is stricken and will be reset when the Court rules on the parties' forthcoming motion for an extension of the fact discovery period. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.