# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ALLEN ROBINSON, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.: 23CV2724 |
| ) | |
| WAYNE FRANO, VINCENT CELIO, CARL ) | |
| BRASIC, TIMOTHY MCDERMOTT, JOHN ) | |
| FOLINO, JR., PATRICK CONROY, DAVID ) | |
| ZELIG, PETER BABICH, and the CITY OF ) | |
| CHICAGO, ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF FILING

To:     Attorneys of Record

YOU ARE HEREBY NOTIFIED that on March 21, 2025, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, Defendants' Motion to Extend Fact Discovery, a copy of which is attached hereto.

/s/ Borkan & Scahill, Ltd.
BORKAN & SCAHILL, LTD.

Steven B. Borkan (6193463)
Timothy P. Scahill (6287296)
BORKAN & SCAHILL, LTD.
Two First National Plaza
20 South Clark Street, Suite 1700
Chicago, Illinois 60603
(312) 580-1030

I certify that I served this Notice by electronically mailing a copy to each person to whom it is directed at the address above indicated by using the CM/ECF system on March 21, 2025.

/s/ Drew Wycoff
Drew Wycoff
Special Assistant Corporation Counsel