### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ALLEN ROBINSON, | |
| *Plaintiff*, | Case No. 23 C 02724 |
| v. | Hon. Martha M. Pacold<br>District Judge |
| WAYNE FRANO, *et al.*, | Hon. Heather K. McShain<br>Magistrate Judge |
| *Defendants*. | |
| | **JURY TRIAL DEMANDED** |

### MOTION FOR LEAVE TO WITHDRAW

NOW COMES Plaintiff, ALLEN ROBINSON, by and through his undersigned attorneys, and pursuant to Local Rule 83.17 seeks leave of this Court to withdraw attorney Annie Prossnitz as counsel for Plaintiff. In support thereof, Plaintiff states as follows:

1. Ms. Prossnitz's employment with Loevy & Loevy, the firm representing Plaintiff ALLEN ROBINSON, has concluded.

2. Plaintiff continues to be represented by the following attorneys from Loevy & Loevy: Jon Loevy, Arthur Loevy, and Scott Rauscher.

3. Due to the continuity of the attorneys from Loevy & Loevy representing Plaintiff, no party will be prejudiced if Ms. Prossnitz is permitted to withdraw his appearance.

WHEREFORE, Plaintiff respectfully requests the Court enter an order permitting Annie Prossnitz to withdraw her appearance as counsel in this matter.

Respectfully Submitted,

/s/ Scott Rauscher

Jon Loevy
Scott Rauscher
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900

## **CERTIFICATE OF SERVICE**

      I, Scott Rauscher, an attorney, hereby certify that on March 24, 2025, I filed the foregoing motion using the Court's CM/ECF system, which effectuated service on all counsel of record.

      /s/ Scott Rauscher
*One of Plaintiff's Attorneys*