# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ALLEN ROBINSON | No.23 CV 02724 |
| *Plaintiff;* | |
| v. | Honorable Martha M. Pacold |
| | Magistrate Judge Heather K. McShain |
| WAYNE FRANO, VINCENT CELIO, CARL BRASIC, TIMOTHY MCDERMOTT, JOHN FOLINO, JR., PATRICK CONROY, DAVID ZELIG, PETER BABICH, and the CITY OF CHICAGO | **JURY TRIAL DEMANDED** |
| *Defendants.* | |

## DEFENDANT OFFICERS' ANSWER TO PLAINTIFF'S COMPLAINT

NOW COME Defendants, WAYNE FRANO, VINCENT CELIO, CARL BRASIC, TIMOTHY MCDERMOTT, JOHN FOLINO, JR., PATRICK CONROY, DAVID ZELIG, and PETER BABICH (collectively "Defendant Officers") by and through their counsel, Steven B. Borkan, Timothy P. Scahill, Emily E. Schnidt, Misha Itchhaporia, and Kathryn E. Boyle of BORKAN & SCAHILL, LTD., and pursuant to Fed. R. Civ. P. 26(a), state as follows:

**Fed. R. Civ. P. 26(a)(1)(A)(I) Disclosures**:

    1.   Allen Robinson, 1656 S. Central Park, Basement, Chicago IL
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

    2.   John Folino, Jr., Contact through defense counsel
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

    3.   Tim McDermott, #21084, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint.  May testify consistent with and on subjects covered in deposition, if any.

4. Patrick Conroy,, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint.  May testify consistent with and on subjects covered in deposition, if any.

5. Wayne Frano, #8064, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint.  May testify consistent with and on subjects covered in deposition, if any.

6. Vincent Celio, #12539, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint.  May testify consistent with and on subjects covered in deposition, if any.

7. David Zelig, #5443, Contact through defense counse

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint.  May testify consistent with and on subjects covered in deposition, if any.

8. Peter Babich, #13992, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint.  May testify consistent with and on subjects covered in deposition, if any.

9. Carl Brasic, #10201, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint.  May testify consistent with and on subjects covered in deposition, if any.

10. Lemarius Robinson, 1656 S. Central Park, 1st Flr, Chicago IL

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint.  May testify consistent with and on subjects covered in deposition, if any.

11. Deandre Guyton, 841 N. Lawler, Chicago IL, 773-626-9367, 773-639-8014, 773-457-1796
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

12. Oscar Russell, 412 N. Hamlin Ave, Chicago IL
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

13. February Burage, 716 N Long Ave, Chicago IL, 773-368-5695
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

14. Quinton Davis, unknown contact information
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

15. Shanice Johnson, 933 N. Lawler Ave, 773-828-6912
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

16. James Shannon, 542 N St. Louis Ave, Chicago IL, 773-858-6659
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

17. Derrick Stidwell, 4910 W. Cortez, Chicago IL, 773-640-8824
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

18. Johntay Washington, Cook County Department of Corrections
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

19. Antonio White, 708 N. Harding Ave, Chicago IL

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

20. Jamion Winters, 955 N. Leclaire, Chicago IL, 773-406-8534

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

21. James Wright, unknown contact information

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

22. CPD Joseph Bembynista, #15359, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

23. CPD William Burke, #20562, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

24. CPD Det. Reno Biocci, #21221, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

25. CPD Det. Bruno, #20620, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

26. CPD Det. John Campbell, #21279, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

27. CPD Det. Falk, #2049, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

28. CPD Det. Graham, #21433, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

29. CPD Det. Healey, #20855, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

30. CPD Det. Keeler, Joel #21002, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

31. CPD Det. McCormack, #20573, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

32. CPD Det. Nega, #20634, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

33. CPD Det. Noradin, Anthony #21252, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

34. CPD Det. Nordain, #21252, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

35. CPD Det. Olson, #20168, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

36. CPD Det. Soria, #21085, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

37. CPD Det. Spanos, #21020, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

38. CPD Det. Taraszkiewicz, #21183, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

39. CPD Det. Tedeschi, #20243, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

40. CPD E.T. Decker, #12775, Contact through defense counse

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

41. CPD Field Inv. Bembynista, #15359, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

42. CPD Joanna Jaromin, #16390, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

43. CPD Lt. Stevens, #609, Contact through defense counsel
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

44. CPD Reno Baiochhi, #21221, Contact through defense counsel
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

45. CPD Officer Booker, Herbert, #16009, Contact through defense counsel
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

46. CPD Officer Chausse, #10082, Contact through defense counsel
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

47. CPD Walter Chudzik, #2273, Contact through defense counsel
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

48. CPD Officer Frole, #8566, Contact through defense counsel
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

49. CPD Officer D. Glowacki, #15743, Contact through defense counsel
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

50. CPD Officer Goff, #11111, Contact through defense counsel
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

51. CPD Carl Hattula, #20516, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

52. CPD Joanna Jaromin,, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

53. CPD W. Lepine, #7736, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

54. CPD Officer Manning, #15581, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

55. CPD Evelio Mateo Jr., #20160, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

56. CPD Officer Materson, #14637, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

57. CPD Mia Ogliore, #1765, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

58. CPD Andrew Schoeff, #1249, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

59. CPD Leonard Stocker, #16837, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

60. CPD Officer Veleta, #16457, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

61. CPD Officer Wherfer, #5363, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

62. CPD Officer Williams, #13182, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

63. CPD Ronald O'Keefe, #19291, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

64. CPD PO Jaromin, #16390, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

65. CPD PO Miro, #15819, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

66. CPD PO Sherman, #5742, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

67. CPD PO Surgin, #10521, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

68. CPD PO Quinn, #5944, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

69. CPD Kevin Quinn, #5944, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

70. CPD Sgt Fitzgerald, #1738, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

71. CPD Sgt. Daly, #1454, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

72. CPD Sgt. Downes, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

73. CPD Sgt. Holly, #2525, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

74. CPD Sgt. Isakson, #2548, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

75. CPD Sgt. Parham, #1862, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

76. CPD Brian Sherman, #5742, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

77. CPD Celal Surgit, #10521, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

78. ASA Nancy Addici, Cook County State's Attorney's Office

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

79. ASA Brian Boersma, Cook County State's Attorney's Office

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

80. ASA Tim Carter, Cook County State's Attorney's Office

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

81. ASA Andy Dalkin, Cook County State's Attorney's Office

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

82. ASA Deputy Supervisor Jim Byrne, Cook County State's Attorney's Office

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

83. ASA Tene McCoy-Cummings, Cook County State's Attorney's Office
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint.  May testify consistent with and on subjects covered in deposition, if any.

84. ASA Melissa Meana, Cook County State's Attorney's Office
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint.  May testify consistent with and on subjects covered in deposition, if any.

85. ASA Barbara Plitz, Cook County State's Attorney's Office
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint.  May testify consistent with and on subjects covered in deposition, if any.

86. ASA Carol Rogala, Cook County State's Attorney's Office, 773-674-3365
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint.  May testify consistent with and on subjects covered in deposition, if any.

87. ASA Linda Walls, Cook County State's Attorney's Office, 773-674-2709
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint.  May testify consistent with and on subjects covered in deposition, if any.

88. Pat Blegen, Blegen & Associates, 53 W. Jackson Blvd #1437, Chicago IL, 312-957-0100
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint.  May testify consistent with and on subjects covered in deposition, if any.

89. Jodi L. Garvey, 312-818-6618
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint.  May testify consistent with and on subjects covered in deposition, if any.

90. Herbert Goldberg, 224 Linden Pk Pl, Highland Park, IL, 312-320-8126
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint.  May testify consistent with and on subjects covered in deposition, if any.

91. Sandra G. Ramos, 3742 N. Whipple, Chicago IL, 773-927-7728

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

92. Thomas Brandstrader, Thomas C. Brandstrager, Attorney at Law / 53 W. Jackson Blvd, Ste 615, Chicago IL, 312-332-5297, tcbdefense@gmail.com

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

93. Unknown attorneys from Piet, Schneider, & Assoc, Ltd 134 N. LaSalle, Ste 1140, Chicago IL, 312-696-2000, 312-372-1110

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

94. Juan Galvez, #18749, Chicago Fire Department, Contact through defense counsel

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

95. Dr. Filkins Medical Examiner's Office

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

96. Dr. Singh Mt. Sinai Hospital

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

97. ISP Lisa Fallara, Forensic Science Center at Chicago, 1941 W. Roosevelt Rd, Chicago IL, 312-433-8000

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

98. ISP Kathleen Kozak, Forensic Science Center at Chicago, 1941 W. Roosevelt Rd, Chicago IL, 312-433-8000

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

99. ISP Marc G Pomerance, ISP Forensic Science Center at Chicago, 1941 W. Roosevelt Rd, Chicago IL, 312-433-8000

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

100. ISP Veronica Jackson, ISP Forensic Science Center at Chicago, 1941 W. Roosevelt Rd, Chicago IL, 312-433-8000

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

101. Louise Handford, 2707 W. Warren Blvd, Chicago IL, 773-272-5802

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

102. Jamillia Handord, 1522 S. Avers, Chicago IL, 773-521-8962

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

103. Cherman Adams, 4928 W. Walton St, Chicago IL

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

104. Pierre Atkinson, 1110 N. Lawler Ave, Chicago IL

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

105. Andrea Baines, 5016 W. Iowa, #1, Chicago IL, 773-876-6647

May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation

into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint.  May testify consistent with and on subjects covered in deposition, if any.

106.    Bobbie Baines, 901 N. Lawler, 1F, Chicago IL, 773-287-5385
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint.  May testify consistent with and on subjects covered in deposition, if any.

107.    DeLoise Baines, 901 N. Lawler, 2F, Chicago IL, 773-287-2184
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint.  May testify consistent with and on subjects covered in deposition, if any.

108.    Geraldine Bell, 900 N. Lawler, Basement, Chicago IL, 773-544-0613
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint.  May testify consistent with and on subjects covered in deposition, if any.

109.    Shawn Bell, 900 N. Lawler, 2nd, Chicago IL
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint.  May testify consistent with and on subjects covered in deposition, if any.

110.    Dannie Bonds, 609 N. Latrobe Ave, Chicago IL
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint.  May testify consistent with and on subjects covered in deposition, if any.

111.    Crystal Brown, 5016 W. Iowa, 2F, Chicago IL
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint.  May testify consistent with and on subjects covered in deposition, if any.

112.    Kisha Brown, 5016 W. Iowa, 2F, Chicago IL, 773-677-2198
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint.  May testify consistent with and on subjects covered in deposition, if any.

113.    Carevelle Burnett, 1105 N. Latrobe Ave, Chicago IL
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation

into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

114.    Deborah Carter, 5025 W. Iowa, 2nd, Chicago IL, 773-626-2482
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

115.    Donte Cathey, unknown contact information
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

116.    Sonj Cooks, 904 N. Lawler, 1st, Chicago IL, 773-379-0035
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

117.    Venus Cross, 916 N. Lawler, Chicago IL, 773-447-0064
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

118.    Mitchell Davis, unknown contact information
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

119.    Rose Ervin, 852 N. Lawler, Chicago IL, 773-287-9132
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

120.    Claudia Farmer, 905 N. Lawler, Chicago IL, 773-516-3693
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

121.    Angelo Fernandez, 914 N. Lawler, Chicago IL, 773-615-5956
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation

into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint.  May testify consistent with and on subjects covered in deposition, if any.

122. William Funches, 913 N. Lawler, Chicago IL, 773-287-1914
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint.  May testify consistent with and on subjects covered in deposition, if any.

123. Anthony Geralds, unknown contact information
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint.  May testify consistent with and on subjects covered in deposition, if any.

124. Clarence Hall, 906 N. Lawler, 1st, Chicago IL, 773-968-4007
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint.  May testify consistent with and on subjects covered in deposition, if any.

125. Deonte House, 4209 W. Division St, Chicago, IL
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint.  May testify consistent with and on subjects covered in deposition, if any.

126. Patrice Hudson, 854 N. Lawler, Chicago IL, 773-287-4684
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint.  May testify consistent with and on subjects covered in deposition, if any.

127. Marcel Hunter, 4933 W Iowa St, Chicago IL
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint.  May testify consistent with and on subjects covered in deposition, if any.

128. Ozell Jackson, 4840 W August Blvd, Chicago IL
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint.  May testify consistent with and on subjects covered in deposition, if any.

129. Jeffrey Johnson, 1734 N. Laramie Ave, Chicago IL
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation

into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

130. Tyerie Johnson, 919 N. Lawler, Chicago IL
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

131. Sheree Jones, 5014 W. Iowa, #1, Chicago I
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

132. Chandra Lee, 5014 W. Iowa, #1, Chicago IL, 773-896-8494
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

133. Roman Mills, unknown contact information
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

134. Barbara Palmer, 900 N. Lawler, Chicago IL, 773-544-0613
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

135. Cordelo Roberson, 5025 W. Iowa, Basement, Chicago IL
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

136. Dayton Sanders, 1031 N. Leamington Ave, Chicago IL
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

137. Lori Singleton, 906 N. Lawler, 2nd, Chicago IL, 773-616-6252
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation

into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

138.    Samuel Sledge, 907 N. Lawler, Chicago IL, 773-287-9084
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

139.    James Smith, 4130 Wilcox, #2, Chicago IL, 312-437-6830
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

140.    Kim Smith, 846 N. Lawler, Chicago IL, 773-556-4138
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

141.    Stacy Smith, 853 N. Lawler, 1st, Chicago IL, 773-287-7143
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

142.    Leon Thomas, 5128 W. North Ave, Chicago IL
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

143.    Georgia White, 841 N. Lawler, Chicago IL, 773-626-9337
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

144.    Lamar Williams, 849 N. Lawler, Chicago IL
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

145.    Sharon Williams, 853 N. Lawler, 1st, Chicago IL, 773-921-1583
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation

into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

146. Katrina Wilson, 910 N. Lawler, 2nd, Chicago, IL, 773-287-9717
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

147. Martha Wilson, 910 N. Lawler, 1st, Chicago IL
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

148. Norma Wilson, unknown contact information
May testify about the events as set forth in Plaintiff's Complaint, Plaintiff's arrests and interactions, conversations, and observations relating to this case. May testify regarding Defendants' investigation into the murder of Christopher Hanford. May testify regarding allegations of misconduct as set forth in Plaintiff's Complaint. May testify consistent with and on subjects covered in deposition, if any.

## **Fed. R. Civ. P. 26(a)(1)(A)(ii) Disclosures:**

Defendant Officers are currently in possession certain police reports, including general offense case reports, supplemental case reports, forensic and evidentiary reports, inventory reports, photographs, Plaintiff's criminal history, and videotape evidence. Defendant Officers are currently in possession of certain transcripts from Plaintiff's criminal prosecution.

Defendant Officers anticipate through the course of litigation to obtain any and all documents, records, or communications produced by any party in this matter and any documents, records, or communications requested or received from any third party by any party to this case, including but not limited to, any statements of plaintiff or any witness, general offense case report, any supplemental case report(s), forensic and evidentiary reports, inventory reports, photographs, plaintiffs' prior and subsequent criminal and arrest histories, all documents produced during and related to plaintiff's criminal prosecution, communications relating to the incident, documents reflecting communications between plaintiff and any other party relating to the claims in this case, any documents produced by plaintiff or defendants during discovery and documents, records, or communications requested or received from any third party by any party to this case and documents in the possession of medical and psychological/psychiatric personnel, documents relating to plaintiff's investigation relating to this case.

## **Fed. R. Civ. P. 26(a)(1)(A)(iii) Disclosures:**

Not applicable.

## **Fed. R. Civ. P. 26(a)(1)(A)(iv) Disclosures:**

See the Defendant City of Chicago's Rule 26(a)(1) Disclosures for all applicable insurance information.

**Fed. R. Civ. P. 26(a)(2)(A) Disclosures:**

Defendant Officers retain the right to elicit expert testimony from individuals listed above as Fed. R. Civ. P. 26(a)(1)(A) witnesses in their applicable filed of expertise and experience, any individuals listed as "may call" or "will call" witnesses by plaintiff in their applicable field of expertise and experience, and any individuals called by plaintiff or other parties in their case-in-chief, in rebuttal, or for impeachment in their applicable fields of expertise and experience.

Respectfully submitted,

BORKAN & SCAHILL, LTD.

By:     /s/ Emily E. Schnidt
        Emily E. Schnidt

Steven B. Borkan
Timothy P. Scahill
Emily E. Schnidt
Misha Itchhaporia
Kathryn E. Boyle
Special Assistant Corporation Counsel
BORKAN & SCAHILL, LTD.
20 South Clark Street, Suite 1700
Chicago, Illinois 60603
(312) 580-1030
*Attorneys for Defendant Officers*