# EXHIBIT 8

Allen Robinson

v.

Wayne Frano, et al                          Civil Action No.: 23 CV 2724

## Proof of Service Affidavit

**Joseph L. Caringella,** being first duly sworn on oath deposes and says he is over 18 years of age, not a party to the above suit and is a registered employee of the Illinois Department of Professional Regulation Private Detective Agency #117-000206, Myers Service Inc., d/b/a MSI Detective Services.

That he served a copy of a Subpoena To Testify At A Deposition In A Civil Action, and a $40.00 witness fee check, on Jodi Garvey, at Blegen & Associates, 53 W. Jackson, Blvd., Suite 1424, Chicago, IL 60604, on Friday, January 31, 2025, at 12:15 p.m., by serving Ellie Foley, Associate, who stated that she is authorized to accept the legal documents for Jodi Garvey.

Ellie Foley is described as a Caucasian female, approximately 25-30 years of age, 5'08" in height, medium build, with brown hair.

_____
SPECIAL PROCESS SERVER (signature)

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

_____
SPECIAL PROCESS SERVER (signature)