# EXHIBIT 9

**Archived:** Monday, March 31, 2025 5:41:08 PM
**From:** Annie Prossnitz
**Sent:** Thursday, March 6, 2025 8:13:25 PM
**To:** Leah Finley; dburns@burnsnoland.com; dnoland@burnsnoland.com; dharris@burnsnoland.com; eekl@burnsnoland.com; kmorrison@burnsnoland.com; pmichalik@burnsnoland.com; tburns@burnsnoland.com; mavitia@burnsnoland.com; dneville@burnsnoland.com; hbarhorst@burnsnoland.com; Emily Schnidt; Andrea Checkai; Drew wycoff; Elena Favela; Misha Itchhaporia
**Cc:** Jon Loevy; Scott Rauscher; Lily Dunkin; Valerie Barajas
**Subject:** Robinson - Rescheduling deposition tomorrow
**Sensitivity:** Normal

---

Counsel,

My apologies for the late notice, I've had an emergent issue arise that will necessitate rescheduling tomorrow's deposition of Oscar Russell.

I am available to reschedule it for 3/11 or substitute him in place of the depositions we have set right now for 3/12 or 3/13 if that works better.

Again, I apologize for this unexpected conflict.

Thank you,
Annie

--

**Annie Prossnitz** (she/her/hers)
LOEVY + LOEVY
Direct: (708) 203-0997
311 N Aberdeen St, Chicago, IL 60607
prossnitz@loevy.com
www.loevy.com