# EXHIBIT 10

NOTICE: This communication may contain privileged or other confidential information.  If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without reading, copying or disclosing the contents.  Your receipt of this message is not intended to waive any applicable privilege.

---

**From:** Lily Dunkin <dunkin@loevy.com>
**Sent:** Wednesday, March 5, 2025 7:00 PM
**To:** Lily Dunkin <dunkin@loevy.com>; Emily Schnidt <eschnidt@borkanscahill.com>, Daniel Burns <dburns@burnsnoland.com>; Annie Prossnitz <prossnitz@loevy.com>; tburns@burnsnoland.com; Maria Avitia <mavitia@burnsnoland.com>; Daniel Neville <dneville@burnsnoland.com>; Heather Barhorst <hbarhorst@burnsnoland.com>; Leah Finley <leah@borkanscahill.com>; Kellie Voss <Kellie@kmlltdlaw.com>; Drew wycoff <DWycoff@borkanscahill.com>; Lily Dunkin <4lilydunkin@gmail.com>; Andrea Checkai <ACheckai@borkanscahill.com>; Misha Itchhaporia <MItchhaporia@borkanscahill.com>; Elena Favela <Elena@borkanscahill.com>; Jon Loevy <jon@loevy.com>; scott@loevy.com; Valerie Barajas <valerie@loevy.com>; Daniel M. Noland <dnoland@burnsnoland.com>; Dhaviella Harris <dharris@burnsnoland.com>; Elizabeth Ekl <eekl@burnsnoland.com>; Katherine C. Morrison <kmorrison@burnsnoland.com>; Paul A. Michalik <pmichalik@burnsnoland.com>; Emily Schnidt <eschnidt@borkanscahill.com>
**Subject:** Robinson, Allen - Document Production Robinson

Hello,

Please see the attached document production.

Best,

--

**Lily Dunkin** (She/Her)
**LOEVY + LOEVY**
Paralegal
Office: (720) 502-2103 / Direct: (720) 682-3114
311 N Aberdeen, Suite 300 | Chicago, IL 60607
www.loevy.com



+1 (815) 505-4094

> Yo this me **Big** bro just know I love you with all my heart big bro no lie I know I fucked up big time by snitching 😞 to be honest I always looked up to you out of all the big bros we had out their not saying names but I really looked up to you bro and the shit I did to you I deserve everything I have coming to me I just hope and pray that you really understand where I'm coming from I never had it like you or the other **Big** bros that's was playing the game I just wanted to be like you I just was young and dumb I just wish I was I was under you more so you could have told me how the game really works I just was on one thing and one thing only and that's was the money so I could take care of my li sister and brother but I played myself bigbro I'm really sorry you can save this message I don't care I know I fucked over a real big dog but just know I'm built different now big bro 🖤🫶🏾



Broski omks heartbeat they shit can stop if I don't mean what I'm

**Robinson 003544**



**Robinson 003545**