# EXHIBIT 11

**Archived:** Monday, April 7, 2025 1:28:52 PM
**From:** Annie Prossnitz
**Sent:** Thursday, March 6, 2025 4:19:09 PM
**To:** Andrea Checkai
**Cc:** Lily Dunkin; Emily Schnidt , Daniel Burns; tburns@burnsnoland.com; Maria Avitia; Daniel Neville; Heather Barhorst; Leah Finley; Kellie Voss; Drew wycoff; Misha Itchhaporia; Elena Favela; Jon Loevy; scott@loevy.com; Valerie Barajas; Daniel M. Noland; Dhaviella Harris; Elizabeth Ekl; Katherine C. Morrison; Paul A. Michalik; Emily Schnidt
**Subject:** Re: Robinson, Allen - Document Production Robinson
**Sensitivity:** Normal

---

Andrea,

This is a communication between our client, Allen Robinson, and Oscar Russell, the 815 number. I asked our client to check for the full text chain, but he did not realize his phone had been set to auto-delete and therefore only has these screenshots that he saved, all of which have been provided to you.

Thank you,
Annie

On Thu, Mar 6, 2025 at 9:00 AM Andrea Checkai <ACheckai@borkanscahill.com> wrote:

> Counsel,
>
> Could you please provide the names of the individuals involved in these text messages, the date(s) and time(s) of the messages, and the complete text message chain from beginning to end for both documents produced?
>
> Thank you,
>
> Andrea
>
>
>
> Andrea F. Checkai
>
> Borkan & Scahill, Ltd.
>
> Two First National Plaza
>
> 20 S. Clark Street, Suite 1700
>
> Chicago, Illinois 60603
>
> acheckai@borkanscahill.com
>
> P: (312) 580-1030
>
> D: (312) 447-6295
>
> F: (312) 263-0128

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without reading, copying or disclosing the contents. Your receipt of this message is not intended to waive any applicable privilege.

---

**From:** Lily Dunkin <dunkin@loevy.com>
**Sent:** Wednesday, March 5, 2025 7:00 PM
**To:** Lily Dunkin <dunkin@loevy.com>; Emily Schnidt <eschnidt@borkanscahill.com>, Daniel Burns <dburns@burnsnoland.com>; Annie Prossnitz <prossnitz@loevy.com>; tburns@burnsnoland.com; Maria Avitia <mavitia@burnsnoland.com>; Daniel Neville <dneville@burnsnoland.com>; Heather Barhorst <hbarhorst@burnsnoland.com>; Leah Finley <leah@borkanscahill.com>; Kellie Voss <Kellie@kmlltdlaw.com>; Drew wycoff <DWycoff@borkanscahill.com>; Lily Dunkin <4lilydunkin@gmail.com>; Andrea Checkai <ACheckai@borkanscahill.com>; Misha Itchhaporia <MItchhaporia@borkanscahill.com>; Elena Favela <Elena@borkanscahill.com>; Jon Loevy <jon@loevy.com>; scott@loevy.com; Valerie Barajas <valerie@loevy.com>; Daniel M. Noland <dnoland@burnsnoland.com>; Dhaviella Harris <dharris@burnsnoland.com>; Elizabeth Ekl <eekl@burnsnoland.com>; Katherine C. Morrison <kmorrison@burnsnoland.com>; Paul A. Michalik <pmichalik@burnsnoland.com>; Emily Schnidt <eschnidt@borkanscahill.com>
**Subject:** Robinson, Allen - Document Production Robinson

Hello,

Please see the attached document production.

Best,

--

**Lily Dunkin** (She/Her)
LOEVY + LOEVY
Paralegal
Office: (720) 502-2103 / Direct: (720) 682-3114
311 N Aberdeen, Suite 300 | Chicago, IL 60607
www.loevy.com