# EXHIBIT 5

# FACE SHEET (Notification Date: 11-DEC-2008) - LOG #1022370

Type: INFO

## Reporting Party Information

| Role | Name | Star No. | Emp No. | Unit No. | Position | Sex | Race | Address | Phone |
|---|---|---|---|---|---|---|---|---|---|
| NON-CPD | Reporting Part Victim | ■ | - | - | - | - | MALE | BLACK | RESIDENCE: ■ | ■ |

## Incident Information

| Incident From Date/Time | Address Of Incident | Beat | District Of Occurrence | Location Code | Location Description |
|---|---|---|---|---|---|
| 08-DEC-2008 12:01 - 08-DEC-2008 12:01 | 3510 S. MICHIGAN AVE, CHICAGO, IL 60653 | 211 | 002 | 280 -POLICE FACILITY / VEHICLE PARKING LOT | - |

## Accused Members

| Role | Name | Star No. | Emp No. | Unit No. | Position | Status | Allegations |
|---|---|---|---|---|---|---|---|
| CPD Employee | Accused Unknown | - | - | - | - | - | The reporting party alleges that Superintendent Weiss refuses to take action against police officers who have implanted a device inside his body and are stalking the complainant. |

## Incident Details

| | | | |
|---|---|---|---|
| CR Required? | No | Manner Incident Received? | Bell |
| Confidential? | No | Biased Language? | No |
| Extraordinary Occurrence? | No | Bias-Based Profiling? | No |
| Police Shooting (U) ? | No | | |
| Motor Vehicle (V) ? | No | Alcohol Related? | No |
| Non-Disciplinary Intervention | No | Pursuit Related? | No |
| Initial Assignment | IAD | Violence in Workplace? | No |
| Notify IAD Immediately? | No | Domestic Violence? | No |
| EEO Complaint No. | | | |
| Civil Suit No. | | | |

**Notify Chief Administator?** No        **Notify Chief?** No
**Notify Coordinator?** No  **Notification Does Not Apply?** Yes
**Notification Other** No

## Initial Incident Category List
No Incident Categories entered.

## Assignment History

| Assigned To | Assigned Team | Investigator | Assignment Date/Time | Assigned By | Reason |
|---|---|---|---|---|---|
| IAD | - | - | 11-DEC-2008 09:20 | TOPPINS, YOLANDA | - |

## Status History

✓ TIP Every employee included in the Status History is subject to be called for legal or administrative proceedings.

| Resulting Status | Status Date/Time | Created By | Position | Assigned/ Detailed Unit | Comments |
|---|---|---|---|---|---|
| ADMINISTRATIVELY CLOSED | 12-DEC-2008 08:36 | KLIMAS, ROBERT | COMMANDER | 121 / - | - |
| PENDING ADMINISTRATIVE CLOSURE | 11-DEC-2008 17:42 | DEL RIVERO, MINERVA | POLICE OFFICER | 121 / - | Allegation is not factual. |
| PENDING ASSIGN TEAM | 11-DEC-2008 14:36 | QUERFURTH, PATRICK | SUPERVISING INVESTIGATOR COPA | 113 / - | - |

CITY-WATTS CR-060006

| | | | | | |
|---|---|---|---|---|---|
| **PENDING SUPERVISOR REVIEW** | **11-DEC-2008 12:52** | **TOPPINS, YOLANDA** | **INTAKE AIDE** | **113 / -** | **-** |
| **PRELIMINARY** | **11-DEC-2008 12:08** | **QUERFURTH, PATRICK** | **SUPERVISING INVESTIGATOR COPA** | **113 / -** | **Dolton, Il** |
| **PENDING SUPERVISOR REVIEW** | **11-DEC-2008 09:26** | **TOPPINS, YOLANDA** | **INTAKE AIDE** | **113 / -** | **-** |
| **PRELIMINARY** | **11-DEC-2008 09:20** | **TOPPINS, YOLANDA** | **INTAKE AIDE** | **113 / -** | **-** |

CITY-WATTS CR-060007