# EXHIBIT 6

| CR # | Accused Officer Name | Accused Officer Star/ Badge Number | Assignment (Unit of Accused Officer) | Complainant(s) Name(s) | Victim's Name | Victim Arrested (Yes/No) | Victim Injured (Yes/No) | Victim's Race | Bates Start Number | Bates End Number | Initial Complaint Category | Initial Complaint Category Title | Summary of Allegation in CR | Allegation Category | Operationo/ Personnel Violation (=1)/All Other Allegations (=0) | Was Complaint Investigated (Yes/No) | Affidavit Obtained from Complainant or Victim? (Yes/No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **OFFICER VARIABLES** | | | **VICTIM/COMPLAINANT VARIABLES** | | | | | **COMPLAINT VARIABLES** | | | | | | | | |
| 1022370 | Unknown Officer | | | ▇ | ▇ | No | No | Black | CITY-WATTS CR-060006 | CITY-WATTS CR-060007 | | | It is alleged that the accused superintendent refuses to take action against police officers who have implanted a device inside the complainant/victim's body and are stalking complainant/victim. | Operation or Personnel Violations | 1 | No | No |

| Date of Incident | Date CR Initiated | Date CR initiated by YEAR | Date CR Completed (in summary report) | Investigation Length (DAYS) | Sustained (=0)/All others (=1) | OFFICER IDENTIFICATION | | If Suspended, Then Number of Days Suspended | Complaint Source (internal/ external) | EVIDENCE VARIABLES | | | | Photo Arrays/ Video Footage Offered |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Initial Disposition Recommended by Investigator | Investiator-Recommended Disciplinary Action: Type of Disciplinary Action Imposed | | | Personnel/ Employment Records Search Indicated | Incident Reports Search Indicated | Inventory/ Vehicle Report Search Indicated | Beat/ Unit/ Radio/ Dispatch/ CAD Search Indicated | |
| 12/08/2008 | 12/11/2008 | 2008 | 12/12/2008 | 1 | 0 | None (not investigated) | Not Applicable (No Discipline Recommended) | Not Applicable | External | No | No | Not Applicable | No | No |

| Complainant Contacted | Statement Taken From Complainant | In-Person Interview with Complainant | Any Victim Contacted | Statement Taken from Any Victim | In-Person Interview with Any Victim | Any Witness Contacted | Statement Taken From Any Witness | In-Person Interview with Any Witness | Any Victim Described Pain or Injuries | Did Any Victim Request Medical Attention | Medical Treatment Received by Any Victim | Photos of Any Victim Taken by CPD | Any Accused Officer Identified by Any Victim | Any Accused Officer Identified by Any Witness | Any Accused Officer Statement Taken | Any Non-Accused Officer Statement Taken | Any Officer Submit Administrative Report | Arrest Report for Any Victim/ Complainant |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No | Not Applicable | Not Applicable | No | Not Applicable | Not Applicable | Not Applicable | Not Applicable | Not Applicable | Not Applicable | Not Applicable | Not Applicable | No | No | Not Applicable | No | No | No | Not Applicable |

| Arrest Photos of Any Victim/ Complainant | Scene Canvass | Cameras Located at Scene | Photos of Scene Obtained | Radio Communication Tapes Preserved | District Phone Tapes Preserved | Any Officer Referred to Cook County Prosecutor's Office | Investigator's Name | Street Address Where Incident Occurred | Superintendent Discipline Imposed (if applicable) | | | | Discipline Imposed by Arbitrator (if applicable) | | | Discipline Imposed by Police Board | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | After Recommended Disposition, Highest Level of Review Before Superintendent | Disposition Recommended by Superintendent | Type of Disciplinary Action Imposed by Superintendent | If Suspended, Then Number of Days Suspended by Superintendent | Disposition Recommended by Arbitrator | Type of Disciplinary Action Imposed by Arbitrator | If Suspended, Then Number of Days Suspended by Arbitrator | Disposition Recommended by Police Board | Type of Disciplinary Action Imposed by Police Board | If Suspended, Then Number of Days Suspended by Police Board |
| Not Applicable | Not Applicable | Not Applicable | Not Applicable | Not Applicable | Not Applicable | Not Applicable | Yolanda Toppins | 3510 South Michigan Avenue, Chicago, IL 60653 | Not Applicable | Not Applicable | Not Applicable (No Discipline Recommended) | Not Applicable | Not Applicable | Not Applicable (No Discipline Recommended) | Not Applicable | Not Applicable | Not Applicable (No Discipline Recommended) | Not Applicable |