# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Allen Robinson
                      Plaintiff,

v.                                            Case No.: 1:23–cv–02724
                                                      Honorable Martha M. Pacold

Wayne Frano, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 14, 2025:

      MINUTE entry before the Honorable Heather K. McShain: The parties' joint motion for extension of time to complete discovery [147] is granted. All fact discovery must be completed by 10/31/2025. The joint status report date of 08/08/2025 [139] is stricken and reset to 09/15/2025. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.