**EXHIBIT 1**

**CHICAGO POLICE DEPARTMENT**
## CASE SUPPLEMENTARY REPORT
3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police - Bureau of Investigative Services Personnel Only)

**HP715367**

Case id : 6643178
Sup id : 7214367    CASR339

| CLEARED CLOSED (ARREST AND PROSECUTION) | | DETECTIVE SUP. APPROVAL COMPLETE | |
|---|---|---|---|
| Offense Classification/Re-Classification | IUCR Code | Original Offense Classification | IUCR Code |
| HOMICIDE / First Degree Murder | 0110 | HOMICIDE / First Degree Murder | 0110 |
| Address of Occurrence | Beat of Occur | No of Victims / No of Offenders / No of Arrested | SCR No |
| 901 N LAWLER AVE | 1531 | 1 / / 0 | |
| Location Type | Location Code | Secondary Location | Hate Crime |
| Sidewalk | 303 | | No |
| Date of Occurrence | Unit Assigned | Date RO Arrived | Fire Related? / Gang Related? / Domestic Related? |
| 03-DEC-2008 21:10 | 1524 | 03-DEC-2008 21:16 | NO / NO / NO |

| Reporting Officer | Star No | Approving Supervisor | Star No | Primary Detective Assigned | Star No |
|---|---|---|---|---|---|
| MC DERMOTT, Timothy | 21084 | SCHOEFF, Andrew | 1249 | MC DERMOTT, Timothy | 21084 |
| Date Submitted | | Date Approved | | Assignment Type | |
| 29-APR-2009 17:50 | | 01-MAY-2009 15:23 | | FIELD | |

**THIS IS A FIELD INVESTIGATION CLEARED CLOSED (ARREST AND PROSECUTION) REPORT**

**VICTIM(S):**     **HANDFORD, Christopher**
Male / Black / 19 Years
**RES:** 1049 N Leamington Ave
Chicago IL 60651

**SUSPECT(S)**    **ROBINSON, Allen**
**ALIAS:**                                                     "Baby Al"
Male / Black / 21 Years
**DOB:**
**DESCRIPTION:** 5'07, 148, Black Hair, Short Hair Style, Brown Eyes
**RES:** 1656 S Central Park Ave
Chicago IL
**SSN:**
**IDENTIFIED BY:** Photo
**IR#:** 1491054
**SID#:** 49564760    **FBI #:** 349887WB5
**GANG INFORMATION:**
**UNLISTED CRIMINAL ORGANIZATION:** Conservative Vice Lord
**GANG IDENTIFIERS:** Other

**WEAPON(S):**    Used
Unknown Or Unpublished Gun Make Code--Unknown--, Pistol, Semi-Automatic

**OTHER PROPERTY:**    Evidence
4 Shell Casings Recobered

HP715367

Printed on: 01-MAY-2009 15:24     Page: 1 of 10     Printed By: SCHOEFF, Andrew ( PC0R806 )

**HP715367**
DETECTIVE SUP. APPROVAL COMPLETE

| | |
|---|---|
| **LOCATION OF INCIDENT:** | 901 N Lawler Ave<br>Chicago IL  60651<br>303 - Sidewalk |
| **DATE & TIME OF INCIDENT:** | 03-DEC-2008 21:10 |
| **DEATH INFORMATION:** | **HANDFORD, Christopher**           (Victim)<br>DATE OF DEATH: 03-DEC-2008 21:46<br>PRONOUNCED BY: Dr Singh<br>on 03-DEC-2008 21:46 |
| **AUTOPSY INFORMATION:** | PERFORMED BY: Dr Filkins<br>CAUSE OF DEATH: Multiple Gsw'S<br>MEDICAL EXAMINER #: 064-DEC-2008 |
| **WEATHER AND LIGHTING:** | WEATHER: Cold<br>TEMPERATURE: 20'S<br>LIGHTING: Artificial<br>LIGHTING SOURCE: Street Light |
| **METHOD CODE(S):** | Person(S) Shot |
| **CAU CODE(S):** | Dna |
| **PERSONNEL ASSIGNED:** | Detective/Investigator<br>   MC DERMOTT, Timothy B       # 21084<br>Reporting Officer<br>   JAROMIN, Joanna       # 16390       **BEAT:** 1524 |
| **WITNESS(ES):** | **RUSSEL, Oscar**<br>"Old Soul"<br>Male / Black / 20 Years<br>DOB: ▊<br>DESCRIPTION: Black Hair, Brown Eyes<br>RES:  412 N Hamlin Ave<br>        Chicago  IL<br><br>OTHER IDENTIFICATIONS:  Type -  Other Id # Ir#1604073<br>                                            Type -  Other Id # Idoc#R53186<br><br>GANG INFORMATION:<br>-<br>   LISTED CRIMINAL ORGANIZATION:  Black Souls<br>   GANG IDENTIFIERS: |
| **OTHER INDIVIDUALS INVOLVED:** | **R/O JAROMIN**           (Person Reporting Offense) |

**HP715367**
DETECTIVE SUP. APPROVAL COMPLETE

| | |
|---|---|
| **CRIME CODE SUMMARY:** | 0110 - Homicide - First Degree Murder |
| **IUCR ASSOCIATIONS:** | 0110 - Homicide - First Degree Murder |
| | HANDFORD, Christopher ( Victim ) |
| | ROBINSON, Allen ( Suspect ) |
| **REPORT DISTRIBUTIONS:** | No Distribution |

**INVESTIGATION:**
THIS IS AN AREA 5 HGS CLEARED/CLOSED ARREST AND PROSECUTION CASE REPORT. THIS REPORT IS NOT A VERBATIM ACCOUNT UNLESS PUNCTUATED WITH QUOTATION MARKS. THIS REPORT IS A SUMMARY OF EVENTS AS THEY OCCURRED. THIS REPORT SHOULD BE READ IN CONJUNCTION WITH ALL OTHER REPORT GENERATED UNDER THIS RD#.

RD#
HP-715367

DATE/TIME of OCCURRENCE:
03-Dec-2009 2110 Hrs

OFFENDER(S):
ROBINSON, Allen D. aka "Baby Al" "IN CUSTODY"
M/1/21
DOB:
Address: 1656 S. Central Park Avenue: Basement
IR# 1491054
SID# 49564760
FBI# 349887WB5
IDOC# R67377

ROBINSON, Lamarius aka "Mari" "IN CUSTODY"
M/1/21
DOB:
Address: 1656 S. Central Park Avenue: 1st Floor
IR# 1598523
IDOC# R65541

PERSON(S) INTERVIEWED:
GUYTON, Deandre aka "Dre" "EYE WITNESS"
M/1/22
DOB:
Address: 841 N. Lawler Ave
Ph# 773-626-9337 (home)
Ph# 773-639-8014 (cell)
Ph# 773-457-1796 (cell)
IR# 1410301

HP715367
DETECTIVE SUP. APPROVAL COMPLETE

FBI# 601571RB7
SID# 46882880

RUSSEL, Oscar aka "Old Soul"   "EYE WITNESS"
M/1/20
DOB:
Address: 412 N. Hamlin Ave
Ph# 773-321-9054 (auntie's phone: Kenya Lomax; 4115 W. 5th Ave.)
IR# 1604073
FBI# 19987DC9
IDOC# R53186

JOHNSON, Shanice T. aka "Mamma J"   "PERSON INTERVIEWED"
F/1/20
DOB:
Address: 933 N. Lawler Avenue
Ph# 773-828-6912 (cell)
Ph# 773-921-6132 (work)
IR# 1694529

P.O. FRANO, Wayne #8064   "CIRCUMSTANTIAL WITNESS"
M/2/33
Date of Appointment: 25-MAR-2002
Unit of Assignment: #215
Employee

P.O. CELIO, Vincent #12569   "CIRCUMSTANTIAL WITNESS"
M/2/33
Date of Appointment: 04-Sep-2002
Unit of Assignment: #215
Employee

INVESTIGATION:
In continuation of the Christopher HANDFORD homicide investigation, on 02-MARCH-2009 at approximately 2130 Hrs, Det. Nega #20634, Sgt. Daly #1454 and P.O. Chausse #10082 contacted R/Det's and related they were transporting Deandre GUYTON (IR#1410301) to the Area 5 Detective Division. GUYTON stated he wished to speak with detectives regarding the murder of his close friend, Christopher HANDFORD. GUYTON was placed into Interview Room "D" and Det. Folino in the presence of Det. McDermott advised GUYTON of the Witness Advisory at which time GUYTON stated he understood the advisory and wished to assist detectives in the homicide investigation. R/Det's confronted GUYTON as to his initial interview on 04-DEC-2008 and GUYTON related he did not provide all the information because he wanted to seek revenge for what the CVL's (Conservative Vice Lords street gang) did to HANDFORD. GUYTON related he wanted to get all the facts out regarding the homicide of his friend.

The following is a summarized account of the interview with Deandre GUYTON in essence and not verbatim; GUYTON related on 03-DEC-2008, at approximately 2100 hours, he was walking eastbound on Iowa Street from Laramie Avenue. GUYTON related he was looking at his cell phone when he was approached by "Mari," now identified as Lamarius ROBINSON (IR#1598523).

HP715367
DETECTIVE SUP. APPROVAL COMPLETE

GUYTON then related ROBINSON pointed a gun at his face. GUYTON further stated, "He heard the gun click, but it didn't fire". GUYTON related as ROBINSON went to pull the slide of gun, GUYTON fled on foot to his residence at 841 N. Lawler Avenue. GUYTON then called HANDFORD, told him what had occurred and then requested to meet with HANDFORD. GUYTON and HANDFORD agreed to meet at Iowa St and Lawler Ave. GUYTON then related he immediately exited his residence and walked northbound on the east side of Lawler Ave toward Iowa St. GUYTON further related he saw HANDFORD, along with "Baby Al," now identified as Allen ROBINSON (IR#1491054), Lamarius ROBINSON, and several other unknown males on the northeast corner of Iowa St and Lawler Ave.

GUYTON then related as he got closer to Iowa St, he observed Allen ROBINSON armed with a handgun fire several shots at HANDFORD. GUYTON related the group of males including Allen ROBINSON and Lamarius ROBINSON all fled eastbound on Iowa St toward Lavergne Ave. GUYTON related he believed the handgun Allen ROBINSON used to shoot and kill HANDFORD with was the same handgun Lamarius ROBINSON had pointed at him approximately (10) ten minutes earlier. GUYTON further related he approached HANDFORD and called 9-1-1.

On 02-MAR-2009, at approximately 2245 hours, Det. Folino in the presence of Det. McDermott presented GUYTON with a CPD Advisory Form. GUYTON read the form, stated he understood the content and acknowledged this by signing his name on the form.

On 02-MAR-2009, at approximately 2250 hours, Det. Folino in the presence of Det. McDermott presented GUYTON with a photo spread where GUYTON immediately and positively identified Lamarius ROBINSON as the individual who pointed a handgun at him approximately (10) ten minutes prior to the homicide and as the individual he observed on the northeast corner of Iowa St and Lawler Ave when HANDFORD was murdered. GUYTON circled the image of Lamarius ROBINSON, signed, dated and placed the time adjacent to the image acknowledging his identification.

On 02-MAR-2009, at approximately 2251 hours, Det. Folino in the presence of Det. McDermott presented GUYTON with a photo spread where GUYTON immediately and positively identified Allen ROBINSON as the individual he observed fire several shots from a handgun striking and killing HANDFORD. GUYTON circled the image of Allen ROBINSON, signed, dated and placed the time below the image acknowledging his identification.

This concluded this interview of Deandre GUYTON.

On 03-MAR-2009, at approximately 0145 hours, R/Det's relocated to 412 N. Hamlin Ave in an attempt to locate an eye-witness to this murder that had been previously interviewed by R/Det's, Oscar RUSSELL.

R/Det's located RUSSELL and after being advised of the Witness Advisory related he wished to assist detectives in this investigation and agreed to accompany R/Det's to the Area 5 Detective Division.

RUSSELL was placed into Interview Room "F" and R/Det's conducted an interview with RUSSELL where RUSSELL provided the same basic account of events as he provided to R/Det's on 04-DEC-2008.

Printed on: 01-MAY-2009 15:24     Page: 5 of 10     Printed By: SCHOEFF, Andrew ( PC0R806 )

CITY-AR-000045

**HP715367**
DETECTIVE SUP. APPROVAL COMPLETE

On 03-MAR-2009, at approximately 0230 hours, Det. Folino contacted the Felony Review Unit of the Cook County State's Attorney Office.

R/Det's were contacted by ASA Andy DALKIN who related he, along with ASA Melissa MEANA, would be enroute to Area 5.

On 03-MAR-2009, at approximately 0315 hours, ASA Andy DALKIN and ASA Melissa MEANA arrived at Area 5 and were apprised of the status of the investigation.

On 03-MAR-2009, at approximately 0440 hours, ASA DALKIN and ASA MEANA along with Det. Folino and Det. McDermott interviewed Deandre GUYTON. GUYTON provided the same basic account of events as he stated in his prior interview with R/Det's.

On 03-MAR-2009, at approximately 0500 hours, ASA DALKIN and ASA MEANA along with Det. Folino and Det. McDermott interviewed Oscar RUSSELL. RUSSELL provided the same basic account of events as he stated in his prior interview with R/Det's.

On 03-MAR-2009, at approximately 0530 hours, ASA DALKIN consulted with Cook County State's Attorney Deputy Supervisor, Jim BYRNE, and the decision was made to continue the investigation pending any further developments.

On 03-MAR-2009, at approximately 0645 hours, R/Det's along with Sgt. Holy #2525, Det. Soria #21085, Det. Young #20734, Det. Park #20616, and Det. Healey #20855 went to the address of 1656 S. Central Park Ave to arrest Allen ROBINSON for first degree murder relative to this investigation.

On 03-MAR-2009, at approximately 0700 hours, Allen ROBINSON was observed exiting the south door of said address and ROBINSON then fled west from his residence. Allen ROBINSON was placed into custody and transported to Area 5 Detective Division.

On 03-MAR-2009, at approximately 0700 hours, Lamarius ROBINSON was located within 1656 S. Central Park Ave and transported to Area 5 Detective Division.

On 03-MAR-2009, at approximately 0735 hours, Det. McDermott activated the Electronic Recording Interrogation for Room "C" and Allen ROBINSON was placed into said room.

On 03-MAR-2009, at approximately 0740 hours, Lamarius ROBINSON was placed into Interview Room "E."

On 03-MAR-2009, at approximately 0810 hours, Det. Folino, in the presence of Det. McDermott, advised Allen ROBINSON of his Constitutional Rights. ROBINSON stated he understood each of his rights and stated he wished to speak with the R/Det's.

The following is a summarized account of the statement of Allen ROBINSON. It should not be interpreted as a detailed chronicle of the interaction between Allen ROBINSON and the investigating detectives. For a complete account, the in-custody video and audio taped recording of Allen ROBINSON should be viewed in its entirety.

On 03-MAR-2009, at approximately 0830 hours, Det. Folino and Det. McDermott interviewed

CITY-AR-000046

HP715367
DETECTIVE SUP. APPROVAL COMPLETE

Lamarius ROBINSON. The following is a summarized account of the interview between R/Det's and Lamarius ROBINSON in essence and not verbatim; ROBINSON related he had no knowledge regarding the murder of Christopher HANDFORD. ROBINSON related he was not in the area of Iowa St and Lawler Ave and did not know who was involved in the murder.

On 03-MAR-2009, at approximately 1015 hours, Det. McDermott interviewed Allen ROBINSON and ROBINSON again stated he had no knowledge as to who killed HANDFORD and could provide no alibi as to his whereabouts at the time of the murder.

On 03-MAR-2009, at approximately 1145 hours, Det. Folino along with Det. McDermott interviewed Lamarius ROBINSON. The following is a summarized account of the interview between the R/Det's and ROBINSON in essence and not verbatim; Lamarius related his cousin, Allen ROBINSON, killed HANDFORD. Lamarius then stated he was not present when Allen ROBINSON shot and killed HANDFORD, but Lamarius stated Allen ROBINSON admitted to him he shot and killed HANDFORD. Allen ROBINSON additionally stated to Lamarius that he had had a prior altercation with HANDFORD, but could not provide any specifics to the incident.

On 03-MAR-2009 at 2235 hours, ASA DALKIN and Detective McDermott obtained a handwritten statement from Oscar RUSSELL. During this handwritten statement, Oscar RUSSELL stated the same facts concerning this incident as he had previously stated in his oral interview. Oscar RUSSELL was presented with an IR photo which he positively identified Allen ROBINSON as the individual who fired a handgun multiple times striking and killing Christopher HANDFORD.

Oscar RUSSELL was allowed to review and make any necessary corrections to the handwritten statement. After reviewing his handwritten statement, Oscar RUSSELL, Det. McDermott and ASA DALKIN signed this document indicating it was a true and accurate account of his statement.

This concluded the handwritten statement of Oscar RUSSELL.

On 03-MAR-2009 at 2245 hours, ASA MEANA and Detective Spanos #21020 obtained a memorialized statement from Deandre GUYTON. During this statement, Deandre GUYTON related the same facts concerning this incident as he had previously stated in his oral interview. Deandre GUYTON was presented with an IR photo which he positively identified Allen ROBINSON as the individual who fired multiple times striking and killing Christopher HANDFORD.

Deandre GUYTON was allowed to review and make any necessary corrections to the memorialized statement. After reviewing his statement, Deandre GUYTON, Det. Spanos, and ASA MEANA signed this document indicating it was a true and accurate account of his statement.

This concluded the statement of Deandre GUYTON.

On 04-MAR-2009, at approximately 0100 hours, R/Det's interviewed P.O. Frano who related the following in essence and not verbatim; P.O. Frano related he was working with his partner, P.O. Vince Celio on 03-DEC-2008. P.O. Frano related as they traveled south on Lavergne Ave, he heard numerous gun shots in the immediate area. Frano related numerous M/1's were running east on Iowa St toward Lavergne Ave. Frano then related he observed Allen ROBINSON running while holding his side.

On 04-MAR-2009, at approximately 0110 hours, R/Det's interviewed P.O. Celio who related the

CITY-AR-000047

**HP715367**
DETECTIVE SUP. APPROVAL COMPLETE

following in essence and not verbatim; P.O. Celio related he was working with his partner, P.O. Frano on 03-DEC-2008. P.O. Celio related as he and his partner were approaching Iowa St while traveling on Lavergne Ave, he heard several gun shots. P.O. Celio then related he observed several M/1's running on Iowa St toward his police vehicle. P.O. Celio related he recognized Allen ROBINSON as one of the males running on Iowa St.

On 04-MAR-2009, at approximately 0115 hours, R/Det's conducted a line-up within Area 5. P.O. Frano viewed the line-up and positively identified Allen ROBINSON as the individual he observed running and holding his side on Iowa St on 03-DEC-2008 after hearing the gun shots. P.O. Frano also tentatively identified Lamarius ROBINSON as another male he possibly observed running on Iowa St.

On 04-MAR-2009, at approximately 0120 hours, R/Det's conducted a line-up within Area 5. P.O. Celio viewed the line-up and positively identified Allen ROBINSON as the individual he observed running on Iowa St on 03-DEC-2008 after he heard the numerous gun shots. P.O. Celio also tentatively identified Lamarius ROBINSON as one of the males he observed running on Iowa St after he heard the gun shots.

The specifics of the above Line-Up are contained within a separate supplementary report.

On 04-MAR-2009, at approximately 0200 hours, Det. Folino along with Det. McDermott conducted an interview with Lamarius ROBINSON. The following is a summarized account of the interview between the R/Det's and ROBINSON in essence and not verbatim; ROBINSON related he wanted to provide R/Det's with the complete truth regarding the murder of HANDFORD. ROBINSON related he was driving around with his cousin, Allen ROBINSON. Lamarius ROBINSON related Allen ROBINSON was driving his mother's maroon Chevy Lumina and Lamarius was the front passenger. Lamarius ROBINSON then related no one else was within the vehicle. Lamarius related they were driving north on Lawler Avenue from Iowa Street when they approached a vehicle stopped in the middle of the street and obstructing the traffic flow. Lamarius further related they waited behind the stopped vehicle for a minute or two when Allen began hitting his horn for the vehicle to move. Lamarius related the vehicle pulled off when "Dre," now identified as Deandre GUYTON along with "13," now identified as Christopher HANDFORD approached their vehicle.

GUYTON and HANDFORD began yelling at Allen for hitting his horn. Allen began yelling back and the verbal altercation lasted for approximately a minute or two. Lamarius related Allen sped off north on Lawler Ave to Augusta Blvd and traveled east to Lavergne Ave, then south to Iowa St and then east to Lamon Ave and then parked at Iowa St and Lamon Ave. Lamarius then related both he and Allen exited the vehicle. Lamarius further related Allen instructed him to go get the "toot," which was described by Lamarius as being a handgun. Lamarius then related he walked into the alley between Iowa St and Walton St to approximately the 3rd house off of Lamon Ave, retrieved a silver colored semi-automatic handgun from under a blue garbage can, placed the handgun into his waistband and walked toward Allen who was standing at the mouth of the alley.

Lamarius related he and Allen walked to Iowa St and then west toward Lavergne. Lamarius further related Allen continued to discuss how he wanted to beat on HANDFORD and GUYTON for the traffic related altercation.

Lamarius related as he and Allen crossed Lavergne Ave, he observed GUYTON and HANDFORD crossing Lawler Ave and walking in their direction. Lamarius then related he and Allen engaged

CITY-AR-000048

HP715367
DETECTIVE SUP. APPROVAL COMPLETE

GUYTON and HANDFORD in a verbal altercation on the north side of Iowa St, east of Lawler Ave. Lamarius further related Allen told him to "get right, get right," which Lamarius knew, and explained to the R/Det's, to mean to pull out the gun. Lamarius related he pulled the handgun from his waistband, pointed it and then waived it at HANDFORD and GUYTON. Lamarius further related Allen became very upset, grabbed the gun out of his hands and then fired the gun at least (6) six times at HANDFORD. Lamarius related after the first shot, he fled east on Iowa St to Lamon Ave. Lamarius related when he reached Lamon Ave, he looked back toward Lavergne Ave and observed an unmarked police vehicle. Lamarius continued running to Cicero Ave. Lamarius said he then ran to the gas station at the corner of Cicero Ave and Chicago Ave. Lamarius further related he called his girlfriend to pick him up. Lamarius was subsequently picked him up in the vicinity of Ohio St and Cicero Ave.

Lamarius related he spoke with Allen early the next morning. Lamarius then related Allen discussed how he "got down on 13." Lamarius related he and Allen further discussed that they should lay low and stay in the house due to the shooting.

At the conclusion of this interview, the R/Det's made the determination to arrest Lamarius ROBINSON activate the ERI system as Lamarius ROBINSON had made himself accountable in this homicide. The ERI system was activated at approximately 0225 Hrs, and at approximately 0230 Hrs Det. Folino mirandized Lamarius ROBINSON from memory. Lamarius waived these rights and repeated essentially these same facts to Det. Folino. For a full accounting of this interview and subsequent interviews, the ERI recordings of these interviews should be viewed in their entirety.

On 04-MAR-2009, at approximately 0800 hours, Det. Folino contacted the girlfriend of Allen ROBINSON, Shanice JOHNSON aka "Mamma J," and requested her presence at the Area 5 Detective Division for an interview.

On 04-MAR-2009, at approximately 1100 hours, Det. Folino interviewed Shanice JOHNSON at Area 5. JOHNSON related the following statement in essence and not verbatim; JOHNSON related she is the girlfriend of Allen ROBINSON and is currently (8) months pregnant with his child. JOHNSON related she heard about the murder of HANDFORD because it occurred on her block. JOHNSON then related Allen ROBINSON never discussed anything with her regarding the murder. JOHNSON further related she did not have anything additional to aid the investigation.

This concluded the interview of Shanice JOHNSON.

On 04-MAR-2009, at approximately 2040 hours, Det. McDermott along with ASA DALKIN interviewed P.O. Frano and P.O. Celio who related the same basic account of events as stated to R/Det's in the prior interview.

On 04-MAR-2009, at 2155 hours, ASA DALKIN consulted with his supervisor, Jim BYRNE, and approved one count of First Degree Murder against Allen ROBINSON.

On 04-MAR-2009, at approximately 2255 hours, Commander SALEMME coordinated with the Cook County Circuit Judge's Office to have Allen ROBINSON transported to 26th and California Ave to go before Judge CHIAMPAS for a detention hearing.

On 04-MAR-2009, at approximately 2255 hours, the Electronic Recording Interrogation for Allen ROBINSON (Interview Room C) was deactivated.

CITY-AR-000049

**HP715367**
DETECTIVE SUP. APPROVAL COMPLETE

On 04-Mar-2009 the investigation of Lamarius ROBINSON relative to this case was continued, the ERI system was deactivated, and Lamarius ROBINSON was released without charging.

On 04-MAR-2009, at approximately 2330 hours, Det. Folino, Det. McDermott and Det. Fergus #20809 presented Allen ROBINSON before the Honorable Judge CHIAMPAS for the detention hearing, at which time Judge CHIAMPAS found probable cause to detain Allen ROBINSON pending his appearance at bond court.

On 04-MAR-2009, at approximately 2345 hours, Allen ROBINSON was transported to the 25th District male lock-up.

Based upon the aforementioned information and the arrest and charging of the above named offender in this investigation, R/Det's request this case be classified as
CLEARED /CLOSED (Arrest and Prosecution).

Report of:
Det. John L. Folino, Jr. #20143
Det. Tim McDermott #21084

CITY-AR-000050