# EXHIBIT 2

CHICAGO POLICE DEPARTMENT

# CASE SUPPLEMENTARY REPORT

| HP715367 |
| --- |

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police - Bureau of Investigative Services Personnel Only)

Case id : 6643178
Sup ID : 7095742 CASR301

| PROGRESS | DETECTIVE SUP. APPROVAL COMPLETE |
| --- | --- |

| First Offense Classification/Re-Classification | IUCR Code | Original Offense Classification | | IUCR Code |
| --- | --- | --- | --- | --- |
| HOMICIDE / First Degree Murder | 0110 | HOMICIDE / First Degree Murder | | 0110 |
| Address of Occurrence | Beat of Occur | No of Victims | No of Offenders | No of Arrested | SCR No |
| 901 N LAWLER AVE | 1531 | 1 | 1 | 0 | |
| Location Type | Location Code | Secondary Location | | | Hate Crime? |
| Sidewalk | 303 | | | | NO |
| Date of Occurrence | Unit Assigned | Date RO Arrived | Fire Related? | Gang Related? | Domestic Related? |
| 03-DEC-2008 21:10 | 1524 | 03-DEC-2008 21:16 | NO | NO | NO |

| Reporting Officer | Star No | Approving Supervisor | Star No | Primary Detective Assigned | Star No |
| --- | --- | --- | --- | --- | --- |
| FOLINO JR, John | 20143 | SCHOEFF, Andrew | 1249 | MC DERMOTT, Timothy | 21084 |
| Date Submitted | | Date Approved | | Assignment Type | |
| 09-JAN-2009 16:37 | | 14-JAN-2009 15:32 | | FIELD | |

## THIS IS A FIELD INVESTIGATION PROGRESS REPORT

**VICTIM(S) :**  **HANDFORD, Christopher**
Male / Black / 19 Years
RES:  1049 N Leamington Ave
Chicago IL 60651

**SUSPECT(S):**  **ROBINSON, Allen**
ALIAS:  "Baby Al"
Male / Black / 21 Years
DOB: ▮▮▮▮▮▮
RES:  1656 S Central Park Ave
Chicago IL
DESCRIPTION:  5'07,148,Black Hair, Short Hair Style, Brown Eyes

SSN: ▮▮▮▮▮▮
IDENTIFIED BY:  Photos
IR #:  1491054  FBI #:  349887WB5
SID #:  49564760
GANG INFORMATION:
UNLISTED CRIMINAL
ORGANIZATION:  Conservative Vice Lord
GANG IDENTIFIERS:  Other

**WEAPON(S):**  Used
Unknown Or Unpublished Gun Make Code--Unknown-- , Pistol , Semi-Automatic , Unknown

**OTHER PROPERTY :**  INV #:  Evidence
4 Shell Casings Recobered

HP715367

| Printed On: 14-JAN-2009 15:33 | 1  of  4 | Printed By: SCHOEFF, Andrew ( PC0R806 ) |
| --- | --- | --- |

CITY-AR-000033

HP715367
DETECTIVE SUP. APPROVAL COMPLETE

| | |
|---|---|
| **LOCATION OF INCIDENT:** | 901 N Lawler Ave<br>Chicago IL 60651<br>303 - Sidewalk |
| **DATE & TIME OF INCIDENT:** | 03-DEC-2008 21:10 |
| **DEATH INFORMATION:** | **HANDFORD, Christopher**          ( Victim ) |

**DATE OF DEATH:** 03-DEC-2008 21:46
**PRONOUNCED BY:** Dr Singh
ON 03-DEC-2008 21:46

**AUTOPSY INFORMATION:**
**PERFORMED BY:** Dr Filkins
**CAUSE OF DEATH:** Multiple Gsw'S
**MEDICAL EXAMINER #:** 064-DEC-2008

**WEATHER AND LIGHTING:**
**WEATHER:** Cold
**TEMPERATURE:** 20'S
**LIGHTING:** Artificial
**LIGHTING SOURCE:** Street Light

**METHOD CODE(S):** Person(S) Shot

**CAU CODE(S):** DNA

**PERSONNEL ASSIGNED:**
**Detective/Investigator**
MC DERMOTT, Timothy B          # 21084
**Reporting Officer**
JAROMIN, Joanna          # 16390          BEAT: 1524

**WITNESS(ES) :**
**RUSSEL, Oscar**
**ALIAS:**          "Old Soul"
Male / Black / 20 Years
**DOB:** ███████
**DESCRIPTION:** Black Hair, Brown Eyes

**RES:** 412 N Hamlin Ave
Chicago IL

**OTHER IDENTIFICATIONS:**
**Type -** Other Id # Ir#1604073
**Type -** Other Id # Idoc#R53186

**GANG INFORMATION:**

**LISTED CRIMINAL ORGANIZATION:** Black Souls

**GANG IDENTIFIERS:**

**OTHER INDIVIDUALS INVOLVED:**
**R/O JAROMIN**          ( Person Reporting Offense )

**CRIME CODE SUMMARY:**          0110 - Homicide - First Degree Murder

CITY-AR-000034

HP715367
DETECTIVE SUP. APPROVAL COMPLETE

**IUCR ASSOCIATIONS:**  0110 - Homicide - First Degree Murder

ROBINSON, Allen ( Suspect )
HANDFORD, Christopher ( Victim )

**REPORT DISTRIBUTIONS:**  No Distribution

**INVESTIGATION:**

This is an Area 5 Detective Division PROGRESS Supplementary Report.

This report should be read in conjunction with all other reports generated under this RD#.

RD#
HP-715367

PERSON INTERVIEWED:
RUSSEL, Oscar aka "Old Soul" "EYE WITNESS"
M1/120
DOB: ███████
Address: 412 N. Hamlin Ave
Ph# 773-321-9054 (auntie's phone: Kenya Lomax; 4115 W. 5th Ave.)
IR# 1604073
FBI# 19987DC9
IDOC# R53186

On 04-DEC-2008 at approximately 1700 hours, R/Det's were notified by Beat 1565A, P.O. ZELIG #5443 and P.O. BABICH #13992 they were able to develop a witness, Oscar RUSSELL, (IR# 1604073) who wanted to speak with detectives regarding the recent homicide that occurred at the corner of Iowa St and Lawler Ave.

Officers transported RUSSELL to the Area 5 Detective Division and placed him into Interview Room "F." RUSSELL was provided with a drink and cigarettes upon his request.

On 04-DEC-2008 at approximately 1730 hours, Det. FOLINO and P.O. ZELIG entered Room "F" to conduct an interview with RUSSELL.

The following is a summarized account of the interview with RUSSELL in essence and not verbatim;

Oscar RUSSELL:
Det. FOLINO began the interview by advising RUSSELL of the CPD Witness Advisory at which time RUSSELL stated he understood the advisory and wished to cooperate in this investigation.

RUSSELL related he was on the corner of Iowa St and Lamon Ave involved in the sales of narcotics. RUSSELL then related an unknown individual shouted, "Hey Baby Al, "13" on Lawler Ave." RUSSELL related the entire group of individuals who were out on Lamon Ave and Iowa St all ran toward Lawler Ave in hopes of watching a fight. "Baby Al," now identified as Allen ROBINSON (IR# 1491054), engaged "13," now identified as Christopher HANDFORD, in a verbal altercation. ROBINSON and HANDFORD continued to yell back and forth when HANDFORD struck ROBINSON with a punch after ROBINSON called HANDFORD a "bitch." A physical

CITY-AR-000035

altercation ensued between ROBINSON and HANDFORD which lasted a couple minutes.

RUSSELL further related "Mard," now identified as Lamarius ROBINSON pulled out a handgun, pointed the handgun at the group of people gathered and shouted to everyone to stay back and let them fight. RUSSELL related HANDFORD had the advantage over Allen ROBINSON in the described fight. Allen ROBINSON then grabbed the handgun from the hands of Lamarius ROBINSON, pointed the handgun at HANDFORD and fired numerous shots striking HANDFORD. RUSSELL then related he fled eastbound on Iowa St from Lawler Ave and additionally observed the group of males gathered at Iowa St and Lawler Ave also run from the area. RUSSELL believed he observed Allen ROBINSON run down the alley between Lawler Ave and Lavergne Ave.

RUSSELL then related he did not observe Allen ROBINSON for the remainder of the night, but did observe him the following morning driving on Iowa St with his girlfriend, "Mama J." ROBINSON was the front passenger of the newer model, burgundy Buick Regal 4-door and "Mama J" was the driver.

On 04-DEC-2008 at 1759 hours, Det. FOLINO, in the presence of P.O. ZELIG, presented RUSSELL with a CPD Photo Spread Advisory Form. RUSSELL read the entire form and signed it acknowledging he understood its' content.

On 04-DEC-2008 at approximately 1800 hours, Det. FOLINO, again in the presence of P.O. ZELIG, presented RUSSELL with a photo array. RUSSELL immediately and positively identified Allen ROBINSON aka "Baby Al" (IR#1491054) as the individual who took a handgun from Lamarius ROBINSON and fired said handgun killing "13," now identified as the victim, Christopher HANDFORD.

On 04-DEC-2008 at approximately 1815 hours, Det. FOLINO, in the presence of P.O. ZELIG, presented RUSSELL with a photo array. RUSSSELL immediately and positively identified Lamarius ROBINSON aka "Mard" as the individual who had a handgun and who had said handgun "snatched" away from him by Allen ROBINSON aka "Baby Al."

Det. FOLINO then questioned RUSSELL as to who else was in the area at the time of the murder, RUSSELL related the following:
February BURAGE aka "Feb" (IR#1666568)
Ozell JACKSON (IR# 1839816)
Johntay WASHINGTON aka "Tate" (IR# 1591323)
James SHANNON aka "Shannon" (IR# 1745696)
Jamion WINTERS aka "Big Shorty" (IR# 1679505)
Antonio WHITE aka "Tone" (IR# 1270565)

This concluded the interview of Oscar RUSSELL.

Report of:
Det. John L. Folino, Jr. #20143
Det. McDermott #21084

CITY-AR-000036