# EXHIBIT 3

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

| DATE OF ORIG. CASE REPORT | DATE OF THIS REPORT |
| --- | --- |
| DAY MONTH YEAR | DAY MONTH YEAR WATCH |
| 03 Dec 08 | 05 Dec 08  2 |

| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
| --- | --- | --- |
| Homicide | Handford | 5524 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

Rm C
1115/05  JAMION WINTERS IR# 1679505  M/1/17
"Big Shorty"
1120/05 - Withdrew Adv. 933 N. Waller
C# 773-406-8534
1200/05

Rm A - FEBRUARY BURAGE IR# 1606568

Rm B  8 JAMES SHANNON IR# 1745696

Rm D  Johnny Washington IR# 1591323
1738 W. Arlington  Ph# 773 309-5489
DOB - ███  C - 447-8663
— FEBRUARY BURAGE "FEB"
716 N. Long W/G.M  C-Ph# 773 368-5695
- Westside - baby Dusin  DOB - ███
"Young Money"

JAMES, SHANNON  Ph# Now
542 N. St Louis Hse  C Ph# 773-858-6659
DOB ███

*All released 1700 Hrs

REPORTING OFFICER'S SIGNATURE—STAR NO. 20662
RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. 1249
DAY-MO.-YR. TIME  22 Dec 08  1500

CPD-23.122 (Rev. 2/83)

R.D. NO. HP715267

CITY-AR-000154