# EXHIBIT 5

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CRIMINAL DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) No. 09 CR 06422 |
| ALLEN ROBINSON, | ) ) ) |
|     Defendant. | ) ) |

FILED
OCT 15 2010
Judge Brosnahan-1811

ANSWER TO STATE'S MOTION FOR PRE-TRIAL DISCOVERY

NOW COMES the Defendant, ALLEN ROBINSON, by and through his Attorneys, PIET, SCHNEIDER & ASSOCIATES, LTD., and for his Answer to the State's Motion for Pre-trial Discovery states as follows:

1. The Defendant intends to rely upon the following defenses at trial:

   The Defendant is not guilty of the commission of the alleged offense; the prosecution is unable to prove the Defendant's guilt beyond a reasonable doubt; and any and all defenses which are now or may hereafter become available to the Defendant.

2. The names and last known addresses of those persons whom the Defendant may or may not call as witnesses during the trial herein are as follows:

   The Defendant and any and all witnesses whose names are or will be disclosed to the defendant by the prosecution by way of discovery or otherwise; investigation continues.

3. The reports, results of testimony relative thereto, of physical or mental examinations or of scientific tests, experiments, or comparisons, and any other reports or statements of experts which

Robinson, Allen v. Wayne Frano - 23 C 02724, CCSAO_000471

defense counsel has in his possession or control, including but not limited to statements made by the Defendant contained in reports, any part of which defense counsel intends to use at a hearing or trial are as follows:

None at this time; investigation continues.

4. The Defendant has in his possession the following books, papers, documents, photographs, or tangible objects which the Defendant or his Attorney intends to use as evidence or for impeachment at a hearing or trial:

None at this time; investigation continues.

5. The Defendant will notify the prosecution of the existence of any material or information subject to disclosure which is discovered subsequent to compliance with any discovery orders entered herein.

Respectfully submitted,

_____
PIET, SCHNEIDER & ASSOCIATES, LTD.
134 North LaSalle Street
Suite 1140
Chicago, Illinois 60602
312/696-2000
Attorney No. 38928
Attorneys for Defendant.