# EXHIBIT 6

```
STATE OF ILLINOIS    )
                     )
COUNTY OF COOK       )
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT-CRIMINAL DIVISION

```
THE PEOPLE OF THE STATE OF    )
ILLINOIS,                     )
                              )
        Plaintiff,            )
                              )
vs.                           )  No. 09 CR 6422
                              )
ALLEN ROBINSON,               )
                              )
        Defendant.            )
------------------------------)
```

REPORT OF PROCEEDINGS had at the hearing of the above-entitled cause before the Honorable MARY M. BROSNAHAN, judge of said Court, on the 15th day of February, 2011, at the hour of 10:00 a.m.

PRESENT:

       HON. ANITA M. ALVAREZ
       State's Attorney of Cook County, by
       MR. TIMOTHY CARTER
          Appearing on behalf of the Plaintiff;

       MR. CHARLES PIET
          Appearing on behalf of the Defendant.

Paul W. O'Connor
Official Court Reporter
Circuit Court of Cook County
County Department

1

1    THE CLERK:  Allen Robinson.
2    THE COURT:  Mr. Allen Robinson?
3    THE DEFENDANT:  Yes, ma'am.
4    MR. PIET:  For the record Charles Piet on behalf of
5    Mr. Robinson.  We have a trial date set for March 8, with
6    subpoenas for jury trial.
7    THE COURT:  Holding this over for final status.
8    Any information, State, that your witnesses are going to
9    be unavailable?
10   MR. CARTER:  No, I do not have any information that
11   they will be unavailable.
12         I did want to clarify for the record that
13   the defendant is not using an affirmative defense.
14   MR. PIET:  That's correct.
15   THE COURT:  Do you have an answer on file, counsel?
16   MR. PIET:  I believe there's an answer on file.
17   MR. CARTER:  There is, judge.  Just says the
18   defendant will assert all defenses available to him.
19   THE COURT:  So there are no affirmative defenses,
20   it's a reasonable --
21   MR. PIET:  That's correct.
22   THE COURT:  Okay.  Any motions in limine that we
23   can address today or anything that's going to be out of
24   the ordinary beyond the motions to exclude or anything?

BS Robinson 011068

1    MR. CARTER: I do not have any motion in limine at
2 this time. I probably will file just a general one
3 later. Other than that, I don't perceive.
4    THE COURT: Not knowing the facts of the case, I
5 just don't want to be in the position where the jury is
6 in the hallway and I get some kind of complicated motion
7 in limine and parties wanted to indicate they want to
8 argue and have case law. As long as the parties have
9 nothing like that.
10    We can hold it over March 8th and do the
11 regular motions in limine on that date.
12    MR. PIET: That's fine.
13    THE COURT: Hold it over by agreement, 3-8-11 for
14 indicated jury. See you back here on that date.
15
16
17              (Whereupon, proceedings were
18              adjourned in this case)
19
20
21
22
23
24

3

BS Robinson 011069

```
1    STATE OF ILLINOIS     )
                           )
2    COUNTY OF COOK        )

3       IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
              COUNTY DEPARTMENT-CRIMINAL DIVISION
4

5                       I, PAUL W. O'CONNOR, an Official

6    Court Reporter for the Circuit Court of Cook County,

7    County Department/Criminal Division, do hereby certify

8    that I reported in shorthand the proceedings had at

9    the hearing in the above-entitled cause; that I

10   hereafter caused the foregoing to be transcribed into

11   typewriting, which I hereby certify to be a true and

12   accurate transcript of the proceedings had before the

13   Honorable MARY M. BROSNAHAN, Judge of said court.

14

15

16

                                  [signature]
19
                              Official Court Reporter
20

21   Lic. No. 084-002955

22

23   Dated this   1st   day

24   of      September  , 2023.
```

4