# EXHIBIT 11

```
 1   STATE OF ILLINOIS    )
                          )  SS:
 2   COUNTY OF C O O K    )

 3        IN THE CIRCUIT COURT OF COOK COUNTY ILLINOIS
             COUNTY DEPARTMENT - CRIMINAL DIVISION
 4
     THE PEOPLE OF THE              )
 5   STATE OF ILLINOIS,             )
                                    )
 6                 Plaintiff,       )
                                    )
 7            vs.                   )   No. 09 CR 0642201
                                    )
 8   ALLEN ROBINSON,                )
                                    )
 9                 Defendant.       )

10           REPORT OF PROCEEDINGS at the hearing of the
     above-entitled cause before the Honorable Mary
11   Margaret Brosnahan, Judge of said Court, on the 9th
     day of May, 2022.
12
     APPEARANCES:
13
       HON. KIMBERLY M. FOXX,
14     State's Attorney of Cook County,
       By:  Ms. Linda Walls,
15          Assistant State's Attorney,
            on behalf of the People;
16

17          Ms. Jodi Garvey,
            Attorney At Law,
18          on behalf of the Defendant.

19

20

21

22
     Mary Woolsey, CSR No. 084-002894
23   Official Court Reporter
     Circuit Court of Cook County
24   Third District
                              —1—
```

```
 1        THE COURT:  All right.  Good morning to you,
 2   sir.  We have Mr. Allen Robinson present in court in
 3   custody.
 4        THE DEFENDANT:  Good morning, Judge.
 5        THE COURT:  Counsel for the State, give your
 6   name for the record.
 7        MS. WALLS:  Linda Walls, W-a-l-l-s.
 8        THE COURT:  And counsel for the Defense, please.
 9        MS. GARVEY:  Jodi Garvey, G-a-r-v-e-y.
10        THE COURT:  All right.  Thank you.  We last left
11   off, I believe it was last week, where I did grant a
12   new trial based upon the third-stage hearing.
13             State, you wanted some additional time to
14   consider your position.  What is that?
15        MS. WALLS:  Yes, Judge.  At this time the State
16   would be dismissing motion State nolle pros the
17   matter, and I have tendered the order for the Court,
18   and Ms. Garvey has reviewed it as well.
19        THE COURT:  Okay.  Motion State nolle.
20             Ms. Garvey, I don't know if you're
21   continuing your demand for trial.
22        MS. GARVEY:  Yes, Your Honor.
23        THE COURT:  Defendant to be released this case
24   only.  Okay.  All right.  Thank you.
```

Robinson 001286

```
 1        MS. GARVEY:  Thank you, Judge.
 2                    (Which were all the proceedings
 3                     had in the above-entitled cause.)
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

-3-

**Robinson 001287**

```
1   STATE OF ILLINOIS    )
                         )  SS:
2   COUNTY OF C O O K    )

3

4            I, MARY WOOLSEY, an Official Court Reporter

5   for the Circuit Court of Cook County, Illinois,

6   Municipal Department, Third District, do hereby

7   certify that I reported in shorthand the proceedings

8   had on the hearing in the above-entitled cause; that

9   I, thereafter, caused the foregoing to be transcribed

10  into typewriting, which I hereby certify to be a true

11  and accurate transcript of the proceedings.

12

13

14                  /s/ Mary Woolsey

15

16              Mary Woolsey, CSR
                CSR License No. 084-002894
17              Circuit Court of Cook County, IL
                Municipal Department, Third District
18

19

20

21  Dated this 30th day of

22  July, 2022.

23

24
                              -4-
```