# EXHIBIT 14



**U.S. Legal Support**

| | |
|---|---|
| **ORDER #:** | 616486.018 |
| **CASE NAME:**<br>**COURT NO:** | Allen Robinson vs. Wayne Frano, et al.<br>23CV02724 |
| **RECORDS ON:** | Allen Robinson |
| **RECORDS FROM:** | Charles K Piet<br>13277 West Montansoro Lane<br>Peoria, AZ 85383 |
| **SUBSTITUTED FOR:** | |
| **REQUESTING:** | Jonathan Loevy<br>Loevy & Loevy<br>311 North Aberdeen Street 3rd Floor<br>Chicago, IL 60607 |

YES/NO The Opposing Attorneys have ordered a copy of the record

PIET SDT RESP 000001



# U.S. Legal Support

200 W. Jackson Blvd., Suite: 600, Chicago, IL 60606
Phone: 312-236-8352, E-mail: ilrecords@uslegalsupport.com, Fax: 312-878-2836
MI#: 616486.018

## COMPLIANCE FORM

The enclosed request requires you to produce your records on or before 09/17/2024 9:00AM.

**DEPONENT:** Charles K Piet
**RECORDS OF:** Allen Robinson
**FIRM REQUESTING:** Borkan & Scahill, Ltd.
**ATTORNEY REQUESTING:** Emily E. Schnidt
**ORDERED BY:** Elena Favela

This legal request does not necessitate your personal appearance.

Kindly date and sign this form and return with your records. You must include a copy of the request with your records.

It is imperative that you date and sign the bottom section of this form in order to fully comply with the legal request in regards to the following requested information:

*See Attached Rider*

regarding: Allen Robinson, DOB: [REDACTED]

**Check one:**

\_\_\_\_ After making a diligent search of all our records, I find that the only records I have on the above, I have submitted herewith in response to this legal request.

**X** After having made a diligent search of any and all records, I find there are NO RECORDS for the above.

\_\_\_\_ Does this facility maintain X-rays/Imaging on Allen Robinson?
YES \_\_\_\_ NO \_\_\_\_

Date: 9/11/2024

Number of pages: 1

SIGN: [signature] Keeper of Records

THE UNDERSIGNED CERTIFIES THE STATEMENT CONTAINED ON THIS COMPLIANCE FORM IS TRUE AND CORRECT.

**U.S. Legal Support requires pre-approval on fees prior to release of records.**

U.S. LEGAL SUPPORT complies with the standards for privacy of individually identifiable health information documentation and information. Any and all documentation and medical information is held in strict compliance pursuant to the Standards for Privacy of Individually Identifiable Health Information act, 45 CFR Part 160 and Part 164, Subparts A and E, Entitled "Protected Health Information". U.S. LEGAL SUPPORT makes every effort to protect the health information obtained by and through its business enterprise, however certain information is disclosed as necessary and with permission to employees, agents and authorized third parties.

*Specializing in Court Reporting Services & the Procurement of Records*