**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ALLEN ROBINSON,       ) | |
|         ) | Case No. 23 C 02724 |
|     *Plaintiff,*   ) | |
|         ) | Hon. Judge Martha M. Pacold |
|    *v.*       ) | District Judge |
|         ) | |
| WAYNE FRANO, *et al.,*   ) | Mag. Judge Heather K. McShain |
|         ) | |
|   *Defendants.*   ) | |
|         ) | |
|         ) | **JURY TRIAL DEMANDED** |
|         ) | |

## JOINT STATUS REPORT

Pursuant to this Court's Order (Dkt. 152), the parties submit the following joint status report regarding the completion of fact discovery and a proposed expert schedule:

**Completion of fact discovery**

1.    The parties have completed fact discovery except for the two depositions listed below, and the parties further agree that with the Court's permission they will complete those depositions during the expert discovery period:

    **a.**  As noted in the prior status report, Defendant Celio recently had surgery that requires an extensive recovery period and necessitated his deposition being postponed. Dkt. 150 ¶ 11. Defense counsel expects to have information about when Celio will be physically able to sit for a deposition this week, and the parties will then schedule the deposition.

    b.  Defendant City of Chicago disclosed two additional *Monell* witnesses with approximately two weeks remaining in fact discovery. Plaintiff has requested the deposition of one of those witnesses, which the City is working on scheduling.

**Proposed expert schedule**

2.      The parties propose the following schedule for expert discovery:

    **a.**   Plaintiff's Rule 26(a)(2) disclosures: February 5, 2026

    **b.**   Defendants' deadline to depose Plaintiff's disclosed experts: March 23, 2026

    **c.**   Defendants' Rule 26(a)(2) disclosures: May 22, 2026

    **d.**   Plaintiff's deadline to depose Defendants' disclosed experts: July 6, 2026

**Settlement**

3.      There are no current settlement discussions in this case.

Dated: November 3, 2025

RESPECTFULLY SUBMITTED,


/s/ Scott Rauscher
*Counsel for Plaintiff*

Jon Loevy
Scott Rauscher
Josh Tepfer
Aadi Tolappa
LOEVY & LOEVY
311 N. Aberdeen
Chicago, Illinois 60607
(312) 243-5900
scott@loevy.com


/s/Andrea F. Checkai
*Special Assistant Corporation Counsel*

Steven B. Borkan
Timothy P. Scahill
Misha Itchhaporia
Emily E. Schnidt
Borkan & Scahill, Ltd.
20 S. Clark St., Suite 1700
Chicago, IL 60603
(312) 580-1030
*Counsel for Defendants Frano, Celio, Brasic,*

*McDermott, Folino, Conroy, Zelig & Babich*

/s/ Daniel M. Noland
*Special Assistant Corporation Counsel*

Terrence M. Burns
Paul A. Michalik
Daniel M. Noland
Elizabeth A. Ekl
Katherine C. Morrison
Daniel J. Burns
Dhaviella N. Harris
Reiter Burns LLP
311 S. Wacker Dr., Suite 5200
Chicago, IL 60606
*Attorneys for Defendant City of Chicago*