**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ALLEN ROBINSON, | ) | Case No. 23 C 02724 |
| *Plaintiff*, | ) | |
| *v.* | ) | Hon. Judge Martha M. Pacold<br>District Judge |
| WAYNE FRANO, *et al.*, | ) | Mag. Judge Heather K. McShain |
| *Defendants*. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's Order (Dkt. 163), the parties submit the following joint status report:

**Discovery**

1. Fact discovery is complete, and expert discovery is ongoing.

2. Plaintiffs disclosed two experts.

3. Defendants have deposed one of Plaintiffs' experts and will be deposing the other expert on April 10, 2026.[1]

4. Defendants' expert disclosures remain due on or before May 29, 2026.

**Settlement**

5. Plaintiff made a settlement demand on March 9, 2026. Defendants have indicated that they will respond to that demand by the end of April.

[1] This deposition was originally scheduled for an earlier date but was rescheduled due to a conflict that arose with a criminal case that the expert was also working on.

Dated: April 6, 2026

RESPECTFULLY SUBMITTED,

/s/ Scott Rauscher
*Counsel for Plaintiff*

Jon Loevy
Scott Rauscher
Josh Tepfer
Aadi Tolappa
LOEVY & LOEVY
311 N. Aberdeen
Chicago, Illinois 60607
(312) 243-5900
scott@loevy.com

/s/Drew E. Wycoff
*Special Assistant Corporation Counsel*

Steven B. Borkan
Timothy P. Scahill
Misha Itchhaporia
Drew Wycoff
Emily E. Schnidt
Borkan & Scahill, Ltd.
20 S. Clark St., Suite 1700
Chicago, IL 60603
(312) 580-1030
*Counsel for Defendants Frano, Celio, Brasic, McDermott, Folino, Conroy, Zelig & Babich*

/s/ Daniel M. Noland
*Special Assistant Corporation Counsel*

Terrence M. Burns
Paul A. Michalik
Daniel M. Noland
Elizabeth A. Ekl
Katherine C. Morrison
Daniel J. Burns
Dhaviella N. Harris

Reiter Burns LLP
311 S. Wacker Dr., Suite 5200
Chicago, IL 60606
*Attorneys for Defendant City of Chicago*