**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ALLEN ROBINSON, | ) | |
| *Plaintiff*, | ) | Case No. 23 C 02724 |
| *v.* | ) | Hon. Judge Martha M. Pacold<br>District Judge |
| WAYNE FRANO, *et al.*, | ) | Mag. Judge Heather K. McShain |
| *Defendants*. | ) | |

**Unopposed motion to extend the time for Plaintiff to depose Defense expert Ian Adams**

Plaintiff Allen Robinson respectfully files this unopposed motion for an order extending the deadline to depose one of Defendants' retained experts, stating in support as follows.

1. Defendants disclosed three retained experts in this case. The deadline for deposing those experts is September 25, 2026. Dkt. 184.

2. One of Defendants' experts, Victoria Hurtado, opines on police-practices issues relating to the claims against the Defendant Officers. Plaintiff has deposed Ms. Hurtado.

3. The other two retained experts, Ian Adams and Jeffrey Noble, offer opinions relating to Plaintiff's *Monell* claims.

4. Plaintiff and Defendant City of Chicago have been in talks recently about entering into a *Monell* stipulation or the type of "Limited Consent to Entry of Judgment Against Defendant City of Chicago" similar to what the City proposed at Exhibit 4 to Defendants' Joint Motion to Bifurcate Section 1983 Claims and to Stay Discovery and Trial on Those Claims filed on May 22, 2025. (See Dkt. 133-4).

5. Based on their conversations, the parties are hopeful that they will agree on

language for the Limited Consent or stipulation. If they do reach agreement, Plaintiff's *Monell* claim will not be tried, Adams will not offer opinions in this case at trial, and it is unlikely that Noble would be needed to offer opinions at trial either. In addition, Adams is unavailable for a deposition until December 2026.

6. Given the ongoing efforts to agree on language for a stipulation or Limited Consent that would moot the need and the fact that Adams is not currently available for a deposition, Plaintiff respectfully requests that the Court extend the deadline for completing his deposition until December 16, 2026.

7. Expert discovery is complete other than the potential deposition of Adams.[1]

8. The parties do not seek to extend any other deadlines except the deadline to depose Mr. Adams. Specifically, a joint status report is due on October 2, 2026 to discuss proposed next steps in the litigation (as well as to confirm the completion of expert discovery). The parties expect that status report to discuss summary judgment, and they will also provide an update regarding the Limited Consent. The parties agree that the requested extension for deposing Mr. Adams will not impact the timing of any forthcoming summary judgment briefing.

9. Plaintiff consulted with counsel for Defendants, who indicated that they do not oppose the requested extension.

WHEREFORE, Plaintiff respectfully requests that the Court extend the deadline for deposing defense expert Ian Adams.

Respectfully submitted,

/s/ Scott Rauscher
*One of Plaintiff's Attorneys*

[1] Regardless of whether they reach agreement on the Limited Consent, Plaintiff is not seeking to depose Noble.

Jon Loevy
Scott Rauscher
Joshua Tepfer
Aaditya Tolappa
LOEVY & LOEVY
311 N. Aberdeen, 3rd Fl
Chicago, IL 60607
312-243-5900
scott@loevy.com